JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JESSICA OLIVA
STEVEN MYHRE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jessica.oliva@usdoj.gov
steven.myhre@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROL KIRBY,<br><br>            Defendant. | No. 2:23-cr-00191-APG-NJK<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**Carol Kirby (ID # G066369)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Captain, Estrella Jail, Phoenix, Arizona, and the United States Marshal for the District of Nevada to produce CAROL KIRBY before the United States District Court on or about March 19, 2024, at the hour of 1:30 p.m., in Courtroom 6C, for a Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea.

CAROL KIRBY is currently in the custody of the Captain, Estrella Jail, Phoenix Arizona.

On October 5, 2023, a Court in this District, having received a Criminal Information and Plea Agreement in the above-captioned matter charging CAROL KIRBY with Conspiracy to Commit an Offense Against the United States in violation of 18 U.S.C. § 371, specifically Health Care Fraud, in violation of 18 U.S.C. § 1347, set a Hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea for November 1, 2023. ECF No. 1. At the request of counsel, the Court continued this hearing to December 21, 2023. ECF No. 3. The Court continued this hearing to January 24, 2024, based on a stipulation by the parties informing the Court that defendant KIRBY had surrendered and was taken into custody in Arizona on an unrelated matter on December 19, 2023. ECF No. 5.

On January 2, 2024, the Government requested a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service (USMS) could produce CAROL KIRBY before this Court for the purpose of the January 24, 2024 Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Captain, Estrella Jail, Phoenix, Arizona. ECF No. 6. The Court granted this petition and issued the requested writ on January 3 and 5, 2024, respectively. ECF Nos. 7 and 8.

On January 19, 2024, the undersigned attorney for the government received a call from a representative of the USMS explaining that the Estrella Jail in Phoenix was refusing to honor the Writ of Habeas Corpus Prosequendum issued at ECF No. 8 because KIRBY had hearings in Phoenix set for January 30 and February 22. The USMS recommended the USAO seek to continue KIRBY's Las Vegas hearing until after these dates and obtain a new

writ with the new hearing date. The undersigned consulted with defense counsel, and the Court reset the January 24, 2024 hearing to March 19, 2024 at 1:30 pm in Courtroom 6C.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce CAROL KIRBY before this Court for the purpose of the March 19, 2024 Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Captain, Estrella Jail, Phoenix, Arizona.

Respectfully submitted this 26th day of January, 2024.

JASON M. FRIERSON
United States Attorney

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROL KIRBY,<br><br>　　　　　Defendant. | No. 2:23-cr-00191-APG-NJK<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for Carol Kirby (ID # G066369)** |

　　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of CAROL KIRBY before the United States District Court at Las Vegas, Nevada, on or about March 19, 2024, at the hour of 1:30 pm, in Courtroom 6C, for Hearing for Waiver of Indictment, Filing of Information, Initial Appearance and Arraignment and Plea and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　　DATED: January 29, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE