JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-191-APG-NJK |
| Plaintiff, | **United States of America's Motion for an Interlocutory Order Sale of Forfeited Real Properties and Order** |
| v. | |
| CAROL KIRBY, | |
| Defendant. | |

The United States moves this Court to issue an Order for an Interlocutory Sale of

the following real properties forfeited in the Preliminary Order of Forfeiture:

1. 6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156 (6800 Lake Mead);[1]

---

[1] 6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156, more particularly described as:
PARCEL I: TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION.
PARCEL II: UNIT 2076 IN BUILDING 10, AS SHOWN ON THE FINAL MAP OF AMENDED PLAT OF MOUNTAINSIDE COMMUNITY SUBDIVISION, FILED IN BOOK 50 OF PLATS, PAGE 29, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA, AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR AMENDED PLAT OF MOUNTAINSIDE COMMUNITY SUBDIVISION, RECORDED SEPTEMBER 24, 1993 AS INSTRUMENT NO. 01167 IN BOOK 930924, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION").
PARCEL III: TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION.
PARCEL IV: TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN,

2.  2284 Mesa Canyon Dr, Laughlin, Nevada 89029 (2284 Mesa Canyon);[2]

3.  781 N. Leslie St., Pahrump, Nevada 89060 (781 Leslie);[3]

4.  1412 West Grove Rd, Decatur, Illinois 62521 (1412 West Grove);[4] and

5.  1414 West Grove Rd, Decatur, Illinois 62521 (1414 West Grove)[5]

(all of which constitutes properties).[6]

The grounds for granting the Order for an Interlocutory Sale of the properties are as follows. First, the properties are subject to taxes, its fees, and HOA fees, and the granting of an interlocutory sale will stop the accruing of taxes, its fees, and HOA fees against the value. Second, granting an interlocutory sale will avoid accidents and liability accruing against the properties. Third, this Court is authorized to approve interlocutory sales.

This Motion is made and is based on the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, and the attached Exhibits.[7]

---

AND SUBJECT TO, THE AMENDED PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 140-23-217-156.

[2] 2284 Mesa Canyon Dr, Laughlin, Nevada 89029, more particularly described as: LOT 9 IN BLOCK 1 OF TERRACE V UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 41 OF PLATS, PAGE 73, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 264-21-311-009.

[3] 781 N. Leslie St., Pahrump, Nevada 89060, more particularly described as: THE NORTHWEST QUARTER (NW 1/4) OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE 53 EAST, M.D.B. &M. EXCEPTING THEREFROM THAT CERTAIN PARCEL OF LAND CONVEYED BY DOCUMENT RECORDED MAY 22, 1974 IN BOOK 173 OF OFFICIAL RECORDS, PAGE 36 AS FILE NO. 42259 NYE COUNTY, NEVADA RECORDS. ALSO DESCRIBED AS: T20S R53E S8-S S NW NW P#9732 10AC AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 036-041-06.

[4] 1412 West Grove Rd, Decatur, Illinois 62521, more particularly described as: LOT THREE (3) OF NEW VISION SUBDIVISION, AS PER PLAT RECORDED IN BOOK 5000, PAGE 40 IN THE RECORDS OF THE RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON. APN: 17-12-28-451-016.

[5] 1414 West Grove Rd, Decatur, Illinois 62521, more particularly described as: LOT ONE (1) OF CHURCH OF GOD ADDITION, AS PER PLAT RECORDED IN BOOK 5000, PAGE 125 IN THE RECORDS IN THE RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 17-12-28-451-017.

[6] Preliminary Order of Forfeiture (POOF), ECF No. 18.

[7] All Exhibits are attached hereto and incorporated as if fully set forth herein.

<div align="center">

**MEMORANDUM OF POINTS AND AUTHORITIES**

</div>

## I. STATEMENT OF FACTS

The government incorporates the facts of the Criminal Information and the Plea Agreement.[8] From approximately June 2014, through approximately February 2018, Gregory Kirby and Carol Kirby (the Kirbys) conspired with others to commit health care fraud.[9]

On March 19, 2024, Carol Kirby pled guilty to a One-Count Criminal Information, charging her with conspiracy to commit an offense against the United States in violation of 18 U.S.C §§ 1347 and 371.[10] On March 22, 2024, the Court entered a Preliminary Order of Forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(7), and 21 U.S.C. § 853(p), forfeiting the properties to the United States.[11] Sentencing is currently scheduled for June 26, 2024.[12] On May 1, 2024, the United States recorded the Preliminary Order of Forfeiture with the Clark County Recorder's Office, the Nye County Recorder's Office, and the Macon County Recorder's Office.[13]

### 6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156

Around May 16, 2017, the Kirbys purchased 6800 Lake Mead.[14] On February 7, 2018, after the Kirbys became aware of the criminal investigation, they transferred the property to Jeffery McClendon for $500.[15] On July 17, 2018, the United States recorded a Lis Pendens on the property.[16] On August 16, 2018, the United States recorded a Request for Notice for the property. On August 20, 2018, Mountainside Condominiums recorded a lien against the property for unpaid HOA fees. On December 26, 2019, Clark County

---

[8] LR IA 10-3(a); Criminal Information (CI), ECF No. 14; Plea Agreement (PA), ECF No. 15.
[9] PA, ECF No. 15, p. 8.
[10] CI, ECF No. 14; PA, ECF No. 15; Arraignment & Plea (A&P), ECF No. 17.
[11] POOF, ECF No. 18.
[12] A&P, ECF No. 17.
[13] Exhibit 19, Recorded POOFs.
[14] Exhibit 1, 6800 Lake Mead Recorder's Office printout.
[15] PA, ECF No. 15, p. 8, *l.* 1; Exhibit 2, 6800 Lake Mead Quitclaim Deed.
[16] All information from this paragraph is from Exhibit 1, 6800 Lake Mead Recorder's Office printout, unless otherwise indicated.

recorded a Tax Certification against the property for unpaid taxes. On March 4, 2020, Mountainside Unit Owners Association recorded a Notice of Default and Election to Sell against the property for unpaid HOA fees in the amount of $4,453.64.[17]

On June 9, 2021, the Clark County Treasurer deeded the property to the County for unpaid taxes.[18] The property was scheduled to be sold by Clark County for past due taxes in May 2024, but the County agreed to remove the property from the sale roll pending the resolution of the interests of the United States through this criminal proceeding.[19] The last tax payment on 6800 Lake Mead was received on October 9, 2018.[20] As of April 15, 2024, the total amount of Taxes due to the County was $4,859.12. The HOA fees and tax fees have continued to accrue against the property.

Under 28 U.S.C. § 2001(b), three disinterested persons must appraise the properties. To meet that requirement, the United States has obtained the following neutral appraisal estimates as of April 30, 2024:

1.  Zillow.com for $196,700;

2.  Realtor.com for $198,288; and

3.  Redfin.com for $190,145.

**2284 Mesa Canyon Dr, Laughlin, Nevada 89029**

Around May 16, 2017, the Kirbys purchased 2284 Mesa Canyon.[21] On February 7, 2018, after the Kirbys became aware of the criminal investigation, they transferred the property to Calisa Pittman for $5,000.[22] On July 17, 2018, the United States recorded a Lis Pendens on the property.[23] On August 16, 2018, the United States recorded a Request for Notice for the property. On October 17, 2018, and October 23, 2019, Republic Silver State Disposal Inc recorded liens on the property for nonpayment. On December 26, 2019, Clark

---

[17] Exhibit 3, 6800 Lake Mead HOA Notice of Default and Election to Sell.
[18] Exhibit 1, 6800 Lake Mead Recorder's Office printout.
[19] Exhibit 4, 6800 Lake Mead Clark County Notice of Intent to Sell.
[20] Exhibit 5, 6800 Lake Mead Property Account Inquiry printout.
[21] Exhibit 6, 2284 Mesa Canyon Recorder's Office printout.
[22] PA, ECF No. 15, p. 8, *l.* 1; Exhibit 7, 2284 Mesa Canyon Quitclaim Deed.
[23] All information from this paragraph is from Exhibit 6, 2284 Mesa Canyon Recorder's Office printout, unless otherwise indicated.

County recorded a Tax Certification against the property for unpaid taxes. On August 26, 2020, Republic Silver State Disposal Inc recorded a lien on the property for nonpayment. On October 28, 2020, Canyon Terrace Homeowners Association recorded a lien on the property for nonpayment. On January 21, 2021, Canyon Terrace Homeowners Association recorded a default against the property for unpaid HOA fees in the amount of $2,349.05.[24] The HOA fees have not been paid because the default has not been released from the property. On March 9, 2021, Republic Silver State Disposal Inc recorded a lien on the property for nonpayment. On June 9, 2021, the County deeded the property to the county for unpaid taxes. On October 13, 2021, May 5, 2021, December 22, 2022, June 28, 2023, and December 26, 2023, Republic Silver State Disposal Inc recorded liens on the property for nonpayment. On December 27, 2023, and March 20, 2024, Las Vegas Valley Water District recorded liens against the property for nonpayment. None of the liens listed have been released.

The last tax payment on the property was received May 21, 2018. As of April 15, 2024, the total amount of taxes due to the County was $19,773.14.[25] The property was scheduled to be sold by Clark County for past due taxes in May 2024, but the County agreed to remove the property from the sale roll pending the resolution of the interests of the United States through this criminal proceeding.[26] Fees, fines, and expenses are continuing to accrue against the property.

Under 28 U.S.C. § 2001(b), three disinterested persons must appraise the properties. To meet that requirement, the United States has obtained the following neutral appraisal estimates as of April 30, 2024:

1. Zillow.com for $340,600;

2. Realtor.com for $346,488; and

3. Redfin.com for $341,659.

---

[24] Exhibit 8, 2284 Mesa Canyon HOA Notice of Default and Election to Sell.
[25] Exhibit 9, 2284 Mesa Canyon Property Account Inquiry printout.
[26] Exhibit 10, 2284 Mesa Canyon Notice and Intent to Sell.

**781 N. Leslie St., Pahrump, Nevada 89060**

Around October 12, 2017, the Kirbys purchased 781 Leslie.[27] On July 17, 2018, the United States recorded a Lis Pendens on the property. On August 16, 2018, the United States recorded a Request for Notice for the property. On September 29, 2022, Nye County recorded a Treasurer's Certificate against the property for unpaid taxes.[28] As of April 15, 2024, the Kirbys owe $4,290.35 in unpaid taxes.[29] The taxes continue to accrue against the property.

Under 28 U.S.C. § 2001(b), three disinterested persons must appraise the properties. To meet that requirement, the United States has obtained the following neutral appraisal estimates as of April 30, 2024:

1. Zillow.com for $349,700;

2. Realtor.com for $352,105; and

3. Redfin.com for $349,517.

**1412 West Grove Rd, Decatur, Illinois 62521**

Around September 11, 2017, the Kirbys purchased the 1412 West Grove property.[30] On April 12, 2018, the Kirbys executed a Quit Claim Deed, conveying the property to God's House International Ministries.[31] On July 17, 2018, the United States recorded a Lis Pendens on the property. On August 16, 2018, the United States recorded a Request for Notice for the property. On January 31, 2022, God's House International Ministries conveyed the property to Church of New Hope and Faith, Inc.[32] Macon County sold the taxes for the property. The taxes are current. The property is in use and is a liability to the United States.

/ / /

---

[27] Exhibit 11, 781 Leslie Recorder's Office printout; Exhibit 12, Nye County Property Tax Inquiry printout.

[28] Exhibit 12, Nye County Property Tax Inquiry printout.

[29] Exhibit 12, Nye County Property Tax Inquiry printout.

[30] Exhibit 13, 1412 West Grove Warranty Deed.

[31] Exhibit 14, 1412 West Grove April 12, 2018, Quit Claim Deed.

[32] Exhibit 15, 1412 West Grove January 31, 2022, Quit Claim Deed.

Under 28 U.S.C. § 2001(b), three disinterested persons must appraise the properties. To meet that requirement, the United States has obtained the following neutral appraisal estimates as of April 30, 2024:

1. Zillow.com for $206,600;

2. Realtor.com for $190,000; and

3. homevaluerealestatecenter.bankofamerica.com for $174,124.

**1414 West Grove Rd, Decatur, Illinois 62521**

On June 26, 2017, Gregory Kirby, Carol Kirby, and Billy Kirby purchased 1414 West Grove Rd.[33] On April 12, 2018, Gregory, Carol, and Billy Kirby deeded the property to God's House International Ministries.[34] On July 17, 2018, the United States recorded a Lis Pendens on the property. On August 16, 2018, the United States recorded a Request for Notice for the property. On January 31, 2022, God's House International Ministries conveyed the property to Church of New Hope and Faith Inc.[35] The property is in use and is a liability to the United States.

Under 28 U.S.C. § 2001(b), three disinterested persons must appraise the properties. To meet that requirement, the United States has obtained the following neutral appraisal estimate:

1. November 20, 2023, CWSA appraisal $200,000.

Appraisals for commercial property are more difficult to obtain. The United States is in the process of obtaining additional appraisals through the IRS.

**II. ARGUMENT**

This Court has authority to issue the Interlocutory Order of Sale. "At any time before entry of a final forfeiture order, the court, in accordance with Supplemental Rule G(7) of the Federal Rules of Civil Procedure, may order the interlocutory sale of property alleged to be forfeitable."[36]

---

[33] Exhibit 16, 1414 West Grove June 26, 2017, Warranty Deed.
[34] Exhibit 17, 1414 West Grove April 12, 2018, Quit Claim Deed.
[35] Exhibit 18, 1414 West Grove January 31, 2022, Quit Claim Deed.
[36] Fed. R. Crim. P. 32.2(b)(7).

On motion by a party or a person having custody of the property, the court may order all or part of the property sold if: (A) the property is perishable or at risk of deterioration, decay, or injury by being detained in custody pending the action; (B) the expense of keeping the property is excessive or is disproportionate to its fair market value; (C) the property is subject to a mortgage or to taxes on which the owner is in default; or (D) the court finds other good cause.[37]

Only one of the grounds for interlocutory sale is required since Supplemental Rule G(7)(b) is disjunctive.[38]

Two reasons for the interlocutory sale apply in this case regarding the property: (1) the property is subject to HOA fees, taxes, assessments, special assessment, late fees, interest, penalties, and their continual accrual against the real property's value and (2) the court finds other good cause, (a) stopping the accruing of all the HOA fees, taxes, assessments, late fees, interest, penalties, and the continual accrual of the fees against the real property's value and (b) avoiding accidents and liability accruing against the real property.[39] In *479 Tamarind Drive*,[40] the court granted the interlocutory sale because the property had "[m]ore than $40,437.55 in taxes… currently due… raising the risk that the County may move to impose a lien and thereby diminish the property's value to the Government should this forfeiture action succeed."[41] The various liens and liabilities are discussed above and the values of the properties are decreasing rapidly. The Counties have moved against multiple properties for unpaid taxes and fees, and the HOAs have defaulted the properties for nonpayment where applicable.

The accruing HOA fees, taxes, assessments, special assessment, late fees, interest, and penalties are decreasing the property's equity. In *United States v. Fisch*,[42] the

---

[37] Supp. R. G(7)(b) (paragraphs omitted).
[38] *See Shelter Cove Marina, Ltd. v. M/Y ISABELLA*, No. 3:17-cv-01578-GPC-BLM, 2017 WL 5906673, 2 (S.D. Cal. Nov. 30, 2017) (explaining that another Supplemental Rule for interlocutory sale with similar language is disjunctive); *Cal. Yacht Marina-Chula Vista, LLC v. S/V OPILY*, No. 14-cv-1215-BAS-BGS, 2015 WL 1197540, 2 (S.D. Cal. Mar. 16, 2015) (explaining the same).
[39] Supplemental Rule G(7)(b); Fed. R. Crim. P. 32.2(b)(7); S*ee United States v. One Parcel of Real Prop. Described as Lot 41, Berryhill Farm Estates*, 128 F.3d 1386, 1389–90 (10th Cir. 1997).
[40] *United States v. All Right, Title & Interest in Prop., Appurtenances, & Improvements Known as 479 Tamarind Drive, Hallendale, Fla.*, 98 CIV. 2279 DLC, 2012 WL 3886698, 2 (S.D.N.Y. Sept. 7, 2012).
[41] *Id.* at 2.
[42] *United States v. Fisch*, No. H-11-722, 2016 WL 4702588 (S.D. Tex. Sep. 8, 2016).

8

Interlocutory Sale was granted due to the accumulation of past due taxes.[43] In *Fisch*, the property was substitute property and was divisible with the defendant's wife.[44] Here the property was purchased with illegal proceeds and the whole amount is subject to forfeiture after the tax lien and fees are paid.

If an accident occurred on the property, that would rapidly decrease the property's equity. The government seeks to preserve as much of the equity as possible for the forfeiture proceedings.[45] The sale proceeds of the real property will be the "substitute res subject to forfeiture in place of the property that was sold[, and] the United States must maintain them in an interest-bearing account."[46]

"A sale must be made by a United States agency that has authority to sell the property, by the agency's contractor, or by any person the court designates."[47] The government recommends this Court authorize Doug Sawyer to sell the property under "28 U.S.C. §§ 2001, 2002, and 2004."[48]

**III. JUDICIAL SALES PROCEDURE**

If a court orders an interlocutory sale of property over the objection of any interested party, the sale must comply with the provisions of 28 U.S.C. §§ 2001 and 2002. These statutes provide procedural safeguards to ensure that court-ordered sales are made on terms that best preserve the parties' interests. Section 2001(a) authorizes public sales of property and sales by court-appointed receivers. Section 2001(b) permits private sales of property for cash or other consideration after a hearing of which notice to all interested parties shall be given by publication, or as otherwise directed by the court, and after the court finds that the best interests of the estate will be conserved thereby.

/ / /

---

[43] *Id.* at 2.
[44] *Id.*
[45] *United States v. Haley*, No. 11–CR–0540–WDQ, 2011 WL 6202787, 1 (D. Md. Dec. 8, 2011) (granting the interlocutory sale to avoid liability for accidents and to "avoid falling in arrears on the payment of applicable property taxes.").
[46] Supplemental Rule G(7)(b)(iv) (brackets added); *United States v. King*, No. 10 CR. 122 (JGK), 2010 WL 4739791, 4 (S.D.N.Y. Nov. 12, 2010).
[47] Supp. R. G(7)(b)(ii).
[48] Supp. R. G(7)(b)(iii).

By this Motion, the United States requests authorization to proceed with a private sale of the above-listed properties. Based upon the reasons set forth herein, the United States believes that a prompt sale of the properties by the United States, followed promptly by releasing the proceeds to the United States affords the best protection to all concerned. The United States believes that a private sale versus a public sale will allow the United States the discretion to sell the property in the most commercially feasible manner and maintain the most value for the possible restoration to the victim in this case.

As required by 28 U.S.C. § 2001(b), notice of the Government's Motion must be given by publication or otherwise as this Court directs. The sale of the property through the multiple listing service and other major internet websites for real property meets the requirements of 18 U.S.C. §§ 2001, 2002, and 2004.

## IV. CONCLUSION

Based on the foregoing reasons, this Court should order the interlocutory sale of the above-named properties, and to authorize Doug Sawyer to sell the Nevada properties and to authorize the United States Treasury to direct its contractor to designate a real estate broker or agent to sell the Illinois properties through one of the approved sale methods.

Dated: May 9, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2024

10

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CAROL KIRBY,

        Defendant.

2:23-CR-191-APG-NJK

**Index of Exhibits**

Exhibit 1 ........................................................ 6800 Lake Mead Recorder's Office printout

Exhibit 2 ....................................................... 6800 Lake Mead Quitclaim Deed

Exhibit 3 ............................... 6800 Lake Mead HOA Notice of Default and Election to Sell

Exhibit 4 ........................................ 6800 Lake Mead Clark County Notice of Intent to Sell

Exhibit 5 ............................................. 6800 Lake Mead Property Account Inquiry printout

Exhibit 6 ..................................................... 2284 Mesa Canyon Recorder's Office printout

Exhibit 7 .................................................................. 2284 Mesa Canyon Quitclaim Deed

Exhibit 8 .......................... 2284 Mesa Canyon HOA Notice of Default and Election to Sell

Exhibit 9 ........................................ 2284 Mesa Canyon Property Account Inquiry printout

Exhibit 10 .................................... 2284 Mesa Canyon Clark County Notice of Intent to Sell

Exhibit 11 ................................................................. 781 Leslie Recorder's Office printout

Exhibit 12 ........................................................ Nye County Property Tax Inquiry printout

Exhibit 13 ...................................................................... 1412 West Grove Warranty Deed

Exhibit 14 ........................................... 1412 West Grove April 12, 2018, Quit Claim Deed

Exhibit 15 ........................................ 1412 West Grove January 31, 2022, Quit Claim Deed

Exhibit 16 ................................................ 1414 West Grove June 26, 2017, Warranty Deed

Exhibit 17 ............................................. 1414 West Grove April 12, 2018, Quit Claim Deed

Exhibit 18 ........................................ 1414 West Grove January 31, 2022, Quit Claim Deed

Exhibit 19 ................................................................................. Recorded POOFs

Exhibit 1 - 6800 Lake Mead Recorder's Office printout

Exhibit 1 - 6800 Lake Mead Recorder's Office printout

4/15/24, 11:34 AM                                                                                                    Search

Home (/AcclaimWeb/) > Search (/AcclaimWeb/Search) > Search Type Parcel (/AcclaimWeb/Search/SearchTypeParcel)

# Parcel #

| | |
|---|---|
| Parcel # | 140-23-217-156 |
| Date Range | Specific Date Range ▼ |
| From Date | 04/03/1905 📅 |
| To Date | 04/15/2024 📅 |
| Document Type | Select DocTypes... |

<div>Document Type Groups</div>

[Reset] [Search]

## Help

**Parcel Number**
Parcel #: Enter the specific legal parcel, such as 176-15-301-024
Parcel #: Use this to either begin your Search with "Starts With", "Contains", or is an "Exact" match of your entry.
**Date Range**
You can choose a specific recording date range or choose from pre-selected date ranges to narrow your search.
**Document Type**
Limit your search by specific types of documents, or by groups of similar document types.
**Search by Address**
To search by address, please click here: Assessor Search (https://maps.clarkcountynv.gov/assessor/AssessorParcelDetail/site.aspx)



[Export to CSV] [Print]

| ⏮ ◀ | 1 | ▶ ⏭ | 500 ▼ | | | | | | | 1 - 31 of 31 items ↻ |
|---|---|---|---|---|---|---|---|---|---|---|
| R... ⋮ | Parcel # (/Acclaim... ⋮ | First Party... ⋮ | First Cros... ⋮ | # ... ⋮ | Instrument# (/AcclaimWe... ⋮ | D... ⋮ | M... ⋮ | Recor... ⋮ | Legal Description (/Ac... ⋮ | Total V... ⋮ |
| Add To Cart | 140-23-217-156 | MCCLENDON, JEFFERY | TREASURER CLARK COUNTY | 2 | 202106090001510 | TAX DEED | | 06/09/2021 | | $0.00 |
| Add To Cart | 140-23-217-156 | MCCLENDOLN, JEFFERY | MOUNTAINSIDE UNIT OWNERS ASSOCIATION | 3 | 202003040001496 | DEFA... | | 03/04/2020 | | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Add To Cart | 140-23-217-156 | MCCLENDON, JEFFERY | TREASURER CLARK COUNTY | 1 | 201912260005275 | TAX CERTI... | | 12/26/2019 | $0.00 |
| Add To Cart | 140-23-217-156 | MCCLENDON, JEFFERY | MOUNTAINSIDE COMMUNITY ASSOCIATION | 2 | 201908200001327 | LIEN | | 08/20/2019 | $0.00 |
| Add To Cart | 140-23-217-156 | MCCLENDON, JEFFERY | MOUNTAINSIDE CONDOMINIU... | 2 | 201808200000905 | LIEN | | 08/20/2018 | $0.00 |
| Add To Cart | 140-23-217-156 | NONE SHOWN | ATTORNEY UNITED STATES | 4 | 201808160001385 | REQU... NOTICE | | 08/16/2018 | $0.00 |
| Add To Cart | 140-23-217-156 | NONE SHOWN | UNITED STATES OF AMERICA | 5 | 201807170000418 | LIS PEND... | | 07/17/2018 | $0.00 |
| Add To Cart | 140-23-217-156 | KIRBY, GREGORY | MCCLENDON, JEFFERY | 3 | 201802080001575 | DEED | | 02/08/2018 | $87,500.00 |
| Add To Cart | 140-23-217-156 | MOUNTAINSIDE CONDOMINIU... CORPORATION | NONE SHOWN | 1 | 201801170000591 | LIEN | RELE... | 01/17/2018 | $0.00 |
| Add To Cart | 140-23-217-156 | KIRBY, GREGORY | MOUNTAINSIDE CONDOMINIU... | 2 | 201712150000414 | LIEN | | 12/15/2017 | $0.00 |
| Add To Cart | 140-23-217-156 | CHAVEZ LEON, VICTOR HUGO | KIRBY, GREGORY | 4 | 201705160001312 | DEED | | 05/16/2017 | $87,500.00 |
| Add To Cart | 140-23-217-156 | AWAD, JIHAN | CHAVEZ LEON, VICTOR HUGO | 5 | 201507270003176 | DEED | | 07/27/2015 | $63,000.00 |
| Add To Cart | 140-23-217-156 | TEDDAWIS, AYMEN | AWAD, JIHAN | 5 | 201507270003175 | DEED | | 07/27/2015 | $0.00 |
| Add To Cart | 140-23-217-156 | CLARK COUNTY WATER RECLAMATION DISTRICT | BANK NEW YORK MELLON EE | 1 | 201108150003278 | LIEN | RELE... | 08/15/2011 | $0.00 |
| Add To Cart | 140-23-217-156 | BANK OF NEW YORK MELLON | AWAD JIHAN | 4 | 201107210002590 | DEED | | 07/21/2011 | $33,000.00 |
| Add To Cart | 140-23-217-156 | MOUNTAINSIDE UNIT OWNERS ASSOCIATION | FLORES MARTINEZ, LUIS F | 1 | 201106280001487 | NOTICE | RESCI... | 06/28/2011 | $0.00 |

Exhibit 2 - 6800 Lake Mead Quitclaim Deed

Exhibit 2 - 6800 Lake Mead Quitclaim Deed

APN#: _140 - 23 - 217 - 156_

**Recording Requested By:**
_Gregory Kirby + Carol Kirby_

**Return Documents To:**
_2434 Pi Gregory Kirby_
_2434 Ping Dr._
_Henderson, NV_

**Mail Tax Statements To:**
_Jeffery McClendon_
_6800 E. Lake Mead Blvd. #2076_
_Las Vegas, NV 89156_

Inst #: 20180208-0001575
Fees: $40.00
RPTT: $446.25  Ex #:
02/08/2018 02:38:02 PM
Receipt #: 3317803
Requestor:
CAROL KIRBY
Recorded By: ANI  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this _7_ day of _February_, 20_18_, by the
Grantor, _Gregory Kirby  And  Carol Ann Kirby_

whose mailing address is
_2434 Ping Dr. Henderson Nv. 89074_
to the Grantee,
_Jeffery McClendon_

whose mailing address is
_6800 E. Lake Mead Blvd. #2076 Las Vegas, NV. 89156._

WITNESSETH, That the said Grantor, for good consideration and for the sum of
$ _500.00_ paid by the said Grantee, the receipt whereof is hereby acknowledged, does
hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and
claim which the said Grantor has in and to the following described parcel of land, and
improvements and appurtenances thereto in the County of Clark, State of Nevada, to wit:

_Mountainside Community Sub Amd_
_Plat Book 50 Page 29_
_Unit 2076  Bldg 10_

Quitclaim Deed Page **1** of **2**

APN#: _140-23-217-156_

Commonly known as:
_6800 E. Lake Mead Blvd. #2076 Las Vegas, NV. 89156_

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature _Gregory Kirby_          Date: _2/7/18_
Printed Name: _Gregory Kirby_       Capacity: _Grantor_

Signature _Carol Ann Kirby_        Date: _2/7/18_
Printed Name: _Carol Kirby_         Capacity: _Grantor_

Signature _____          Date: _____
Printed Name: _____       Capacity: _____

Signature _____          Date: _____
Printed Name: _____       Capacity: _____


STATE OF _NEVADA_          }
COUNTY OF _CLARK_          }

On _2/7/18_ before me, _FAITH BRAUD_, personally appeared _CAROL KIRBY & GREGORY KIRBY_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.          [SEAL]

Signature _Braud_

Affiant: _X_ Known _____ Unknown

ID Produced: _D09344904 Exp 7/19/38_

F. BRAUD
Notary Public State of Nevada
No. 92-3013-1
My Appt. Exp. June 13, 2020

Quitclaim Deed Page **2** of **2**

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. _140-23-212-156_
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☑ Condo/Twnhse      d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☐ Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: _____ |

3. a. Total Value/Sales Price of Property    $ _87,500._
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                    $ _87,500.⁰⁰_
   d. Real Property Transfer Tax Due          $ _446.25_

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Carol Kirby_                 Capacity: _Grantor_

Signature _____       Capacity: _____

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                            **(REQUIRED)**
Print Name: _Carol Ann Kirby_             Print Name: _Jeffery McClendon_
Address: _2434 Ping Dr_                    Address: _6800 E Lake Mead Blvd #20%_
City: _Henderson_                         City: _Las Vegas_
State: _NV_     Zip: _89074_              State: _NV_     Zip: _89156_

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____       Escrow # _____
Address: _____
City: _____            State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Exhibit 3 - 6800 Lake Mead HOA Notice of Default and Election to Sell

Exhibit 3 - 6800 Lake Mead HOA Notice of Default and Election to Sell

Inst #: **20200304-0001496**
Fees: $42.00
03/04/2020 11:47:33 AM
Receipt #: 4008458
Requestor:
PACIFIC COAST TITLE
Recorded By: MIDO   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

**APN: 140-23-217-156**
**Order No.:   H-30730**

## NOTICE OF DEFAULT AND ELECTION TO SELL

## WARNING!
## IF YOU FAIL TO PAY THE AMOUNT
## SPECIFIED IN THIS NOTICE YOU COULD LOSE YOUR
## HOME, EVEN IF THE AMOUNT IS IN DISPUTE!

TO:    JEFFERY MCCLENDON

Pursuant to NEVADA REVISED STATUTES,
**MOUNTAINSIDE UNIT OWNERS ASSOCIATION**
**AKA:  MOUNTAINSIDE COMMUNITY ASSOCIATION**
does hereby give you NOTICE OF YOUR DEFAULT, AND DOES HEREBY ELECT TO SELL,
OR CAUSE THE SALE, to satisfy the obligation owing and arising out of your failure to pay your
Homeowners Assessments.

The LIEN of **MOUNTAINSIDE UNIT OWNERS ASSOCIATION AKA:  MOUNTAINSIDE**
**COMMUNITY ASSOCIATION**
recorded  August 20, 2019, in Book 20190820, as Document No. 0001327, in the Office of County
Recorder of Clark County, State of Nevada, securing the obligation of the assessments which was a
deficiency in the sum of   $4,453.64, as of the date of the LIEN, PLUS ACCRUING
ASSESSMENTS SINCE THAT TIME, INTEREST, COSTS, and ATTORNEYS FEES or FEES
of the AGENT for the MANAGEMENT BODY.

The TOTAL DUE AS OF THIS DATE is  $5,162.82, PLUS COSTS, and ATTORNEYS FEES or
FEES of the AGENT for the MANAGEMENT BODY. To find out the amount you must pay, or
arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other
reason, contact HOA Collections LLC.

PURSUANT TO NEVADA REVISED STATUTES, the SALE will be held if this obligation is not
completely satisfied, and paid within NINETY (90) DAYS from the day of recording of this
NOTICE OF DEFAULT AND ELECTION TO SELL, on the real property described as follows:

> **Unit 2076 Bldg.  10 of  MOUNTAINSIDE COMMUNITY SUB AMD**
> as shown on the map thereof filed in the Office of the County Recorder of Clark
> County, State of Nevada in Book 50 of Plats, Page 29.
> Commonly known as: **6800 E. Lake Mead Blvd. #2076, Las Vegas, NV 89156   .**

DATED: February 24, 2020

### NOTARY:  PLEASE SEE ATTACHED EXHIBIT "A"

**APN: 140-23-217-156**
**Order No.:     H-30730**

**EXHIBIT "A"**

MOUNTAINSIDE UNIT OWNERS ASSOCIATION
AKA:  MOUNTAINSIDE COMMUNITY ASSOCIATION

BY: _____
       Michael W. Randolph, Designated Agent

STATE OF NEVADA   )
                  ) SS.:
COUNTY OF CLARK  )

On this 27 day of February , 2020, before me, the undersigned Notary Public, duly
commissioned and sworn, personally appeared Michael W. Randolph, known to me, or proved on
the basis of satisfactory evidence to be the person whose name is subscribed to the within
instrument as Designated Agent, and who acknowledged to me that he executed the same freely
and voluntarily, and for the uses and purposes therein mentioned.

SIGNATURE _____
          (Notary Public)

LESLIE PACHTINGER
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 11-14-21
Certificate No: 13-12331-1

WHEN RECORDED RETURN TO:
HOA Collections LLC
6375 S. Pecos Road, Suite 214
Las Vegas, Nevada  89120
Phone: (702) 212-5000

**APN: 140-23-217-156**
**Order No.: H-30730**              **February 24, 2020**

Total amount owing as of the date of this notice:                    $6,806.90

The amount of the association's lien that is <u>prior</u>
 <u>to the first security interest</u> on the unit pursuant
to subsection 3 of NRS 116.3116 as of the date of this notice:       $3,375.00

The amount of the lien described in sub-subparagraph (1)
that is <u>attributable to assessments</u> based on the periodic
budget adopted by the association pursuant to NRS 116.3115
as of the date of this notice:                                       $3,340.84

The amount of the lien described in sub-subparagraph (1)
 that is <u>attributable to amounts described in NRS 116.310312</u>
(abatement) as of the date of this notice:                           $0.00

The amount of the lien described in sub-subparagraph (1)
 that is <u>attributable to the costs of enforcing</u> the association's
 lien as of the date of this notice:                                 $2,529.08

If the holder of the first security interest on the unit does not satisfy the amount of the
association's lien that is prior to that first security interest pursuant to subsection 3 of NRS
116.3116, the association may foreclose its lien by sale and that the sale may extinguish
the first security interest as to the unit; and

If, not later than 5 days before the date of the sale, the holder of the first security interest
on the unit satisfies the amount of the association's lien that is prior to that first security
interest pursuant to subsection 3 of NRS 116.3116 and, not later than 2 days before the
date of the sale, a record of such satisfaction is recorded in the office of the recorder of the
county in which the unit is located, the association may foreclose its lien by sale but the
sale may not extinguish the first security interest as to the unit.

Exhibit 4 - 6800 Lake Mead Clark County Notice of Intent to Sell

Exhibit 4 - 6800 Lake Mead Clark County Notice of Intent to Sell



**Office of the Clark County Treasurer**

**NOTICE OF INTENT TO SELL
REAL PROPERTY
(NRS 361.585 AND NRS 361.595)**





0000191 01 AB 0.547 **AUTO  T2 0 0011 89101-652175   -C01
140-23-217-156
UNITED STATES ATTORNEY'S OFFICE
MICHAEL A HUMPHREYS
DISTRICT OF NEVADA
501 LAS VEGAS BLVD S STE 1100
LAS VEGAS, NV 89101-6521

January 23, 2024

PARCEL NUMBER:      140-23-217-156
LOCATION:           6800 E LAKE MEAD BLVD  2076

ASSESSOR DESCRIPTION: MOUNTAINSIDE COMMUNITY SUB AMD PLAT BOOK 50 PAGE 29 UNIT 2076 BLDG 10
GEOID: PT SW4 NW4 SEC 23 20 62

Per Nevada Revised Statutes 361.585 and 361.595, the real property described above was deeded to the Clark County Treasurer as trustee for non-payment of taxes and **will be sold at public auction on May 9, 2024**, at 8:00 am in the Clark County Commission Chambers located at 500 S Grand Central Pkwy. For additional information please visit our website at www.clarkcountynv.gov/treasurer.

**AMOUNT DUE****:   $4,859.12**
** Includes taxes and applicable penalties, interest, fees, and costs through April 8, 2024.

If the amount due above is not paid by April 8, 2024, an additional publication fee will be added.

**TO PREVENT THE SALE OF THIS PROPERTY,** the total amount due - including any additional penalties, interest, fees, or costs if applicable - must be received in our office no later than **5:30 p.m. on May 6, 2024.**  Please note, **postmarks will not be accepted.**

Payment must be submitted in **cash or certified funds** made payable to Clark County Treasurer.

**Bankruptcy** - If this property is part of a bankruptcy case, please provide this office with proof of bankruptcy before 8:00 a.m. on May 9, 2024. You may email this information to TRPTM@clarkcountynv.gov.

If you have any questions, please call our office at (702) 455-4338, (702) 455-2514, (702) 455-0169 or (702) 455-3072.

---

Tear here

**CLARK COUNTY TREASURER**
**Please return this portion with your payment**

Fiscal Year 2023-2024                                            Statement Date: January 23, 2024

| Parcel Number | Amount Due | Amount Enclosed |
|---|---|---|
| 140-23-217-156 | 4,859.12 | |

UNITED STATES ATTORNEY'S OFFICE
MICHAEL A HUMPHREYS
DISTRICT OF NEVADA
501 LAS VEGAS BLVD S STE 1100
LAS VEGAS, NV 89101-6521

Make checks payable to:

Clark County Treasurer
500 S Grand Central Parkway
Box 551220
Las Vegas NV  89155-1220

14023217156240000048591200000000000004859120000485912 8

Exhibit 5 - 6800 Lake Mead Property Account Inquiry printout

Exhibit 5 - 6800 Lake Mead Property Account Inquiry printout



# J. Ken Diaz
## Clark County Treasurer

Print  

# Property Account Inquiry - Summary Screen

| New Search | View Cart |
|---|---|

| Parcel ID | 140-23-217-156 | Tax Year | 2024 | District | 340 | Rate | 2.9328 |
|---|---|---|---|---|---|---|---|

| Situs Address: | 6800 E LAKE MEAD BLVD 2076 SUNRISE |
|---|---|
| Legal Description: | ASSESSOR DESCRIPTION: MOUNTAINSIDE COMMUNITY SUB AMD PLAT BOOK 50 PAGE 29 UNIT 2076 BLDG 10GEOID: PT SW4 NW4 SEC 23 20 62 |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 8.0 | Land | 13650 | 2018020801575 | 2/8/2018 |
| Taxable | Tax Cap Limit Amount | 543.51 | Improvements | 21976 | 2017051601312 | 5/16/2017 |
| Delinquent | | | Total Assessed Value | 35626 | 2015072703176 | 7/27/2015 |
| | Tax Cap Reduction | 501.33 | Net Assessed Value | 35626 | 2011072102590 | 7/21/2011 |
| | | | Exemption Value New Construction | 0 | 2011040803800 | 4/8/2011 |
| | Land Use | 1-70 SFR Unit in Multi Unit Bl | New Construction - Supp Value | 0 | 2005052504568 | 5/25/2005 |
| | Cap Type | OTHER | | | 2004021300312 | 2/13/2004 |
| | Acreage | 0.0000 | | | 96031401294 | 3/14/1996 |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | MCCLENDON JEFFERY | C/O TRUSTEE CLARK COUNTY TREASURER 6800 E LAKE MEAD BLVD # 2076 , LAS VEGAS, NV 89156 UNITED STATES | 6/18/2021 | Current |

## Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $1,044.84 |
| Less Cap Reduction | $501.33 |
| Net Taxes | $543.51 |

## PAST AND CURRENT CHARGES DUE TODAY

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2024 | Property Tax Principal | $543.51 |
| 2024 | Las Vegas Artesian Basin | $3.03 |
| 2024 | Water Reclamation - Delinq | $151.54 |
| 2024 | Property Tax Penalty | $115.50 |
| 2024 | MAILING FEE | $160.00 |
| 2023 | Property Tax Principal | $503.25 |
| 2023 | Las Vegas Artesian Basin | $3.08 |
| 2023 | Water Reclamation - Delinq | $147.92 |
| 2023 | Property Tax Penalty | $108.72 |
| 2023 | Property Tax Interest | $99.82 |
| 2023 | Trustee Sale Guarantee Title Search | $380.00 |

| Year | Charge Category | Amount |
|---|---|---|
| 2023 | Advertising Fee | $7.00 |
| 2023 | MAILING FEE | $114.00 |
| 2022 | Property Tax Principal | $465.97 |
| 2022 | Las Vegas Artesian Basin | $3.06 |
| 2022 | Water Reclamation - Delinq | $139.82 |
| 2022 | Property Tax Penalty | $101.31 |
| 2022 | Property Tax Interest | $153.84 |
| 2022 | Advertising Fee | $7.00 |
| 2022 | MAILING FEE | $2.00 |
| 2021 | Property Tax Principal | $432.66 |
| 2021 | Las Vegas Artesian Basin | $2.42 |
| 2021 | Property Tax Penalty | $65.44 |
| 2021 | Property Tax Interest | $150.54 |
| 2021 | Advertising Fee | $7.00 |
| 2021 | MAILING FEE | $14.00 |
| 2020 | Property Tax Principal | $405.49 |
| 2020 | Las Vegas Artesian Basin | $1.76 |
| 2020 | Property Tax Penalty | $61.23 |
| 2020 | Property Tax Interest | $181.63 |
| 2020 | Advertising Fee | $7.00 |
| 2020 | MAILING FEE | $2.00 |
| 2019 | Property Tax Principal | $193.46 |
| 2019 | Property Tax Penalty | $13.55 |
| 2019 | Property Tax Interest | $101.57 |
| 2019 | Advertising Fee | $7.00 |
| 2019 | MAILING FEE | $2.00 |
| **CURRENT AMOUNTS DUE as of 4/15/2024** | | **$4,859.12** |

**NEXT INSTALLMENT AMOUNTS**

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| **THERE IS NO NEXT INSTALLMENT AMOUNT DUE as of 4/15/2024** | | |

**TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR**

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2024 | Property Tax Principal | $543.51 |
| 2024 | Las Vegas Artesian Basin | $3.03 |
| 2024 | Water Reclamation - Delinq | $151.54 |
| 2024 | Property Tax Penalty | $115.50 |
| 2024 | MAILING FEE | $160.00 |
| 2023 | Property Tax Principal | $503.25 |
| 2023 | Las Vegas Artesian Basin | $3.08 |
| 2023 | Water Reclamation - Delinq | $147.92 |
| 2023 | Property Tax Penalty | $108.72 |
| 2023 | Property Tax Interest | $99.82 |
| 2023 | Trustee Sale Guarantee Title Search | $380.00 |
| 2023 | Advertising Fee | $7.00 |
| 2023 | MAILING FEE | $114.00 |
| 2022 | Property Tax Principal | $465.97 |
| 2022 | Las Vegas Artesian Basin | $3.06 |
| 2022 | Water Reclamation - Delinq | $139.82 |
| 2022 | Property Tax Penalty | $101.31 |
| 2022 | Property Tax Interest | $153.84 |
| 2022 | Advertising Fee | $7.00 |
| 2022 | MAILING FEE | $2.00 |
| 2021 | Property Tax Principal | $432.66 |
| 2021 | Las Vegas Artesian Basin | $2.42 |
| 2021 | Property Tax Penalty | $65.44 |

| 2021 | Property Tax Interest | $150.54 |
| 2021 | Advertising Fee | $7.00 |
| 2021 | MAILING FEE | $14.00 |
| 2020 | Property Tax Principal | $405.49 |
| 2020 | Las Vegas Artesian Basin | $1.76 |
| 2020 | Property Tax Penalty | $61.23 |
| 2020 | Property Tax Interest | $181.63 |
| 2020 | Advertising Fee | $7.00 |
| 2020 | MAILING FEE | $2.00 |
| 2019 | Property Tax Principal | $193.46 |
| 2019 | Property Tax Penalty | $13.55 |
| 2019 | Property Tax Interest | $101.57 |
| 2019 | Advertising Fee | $7.00 |
| 2019 | MAILING FEE | $2.00 |
| **TAX YEAR TOTAL AMOUNTS DUE as of 4/15/2024** | | **$4,859.12** |

**PAYMENT HISTORY**

| Last Payment Amount | $199.18 |
| Last Payment Date | 10/9/2018 |
| Fiscal Tax Year Payments | $0.00 |
| Prior Calendar Year Payments | $0.00 |
| Current Calendar Year Payments | $0.00 |

Make Payment

Printable Page

**Click Here for Printable Page!**

| **New Search** | **View Cart** |

Exhibit 6 - 2284 Mesa Canyon Recorder's Office printout

Exhibit 6 - 2284 Mesa Canyon Recorder's Office printout

Home (/AcclaimWeb/) > Search (/AcclaimWeb/Search) > Search Type Parcel (/AcclaimWeb/Search/SearchTypeParcel)

# Parcel #

| | |
|---|---|
| Parcel # | 264-21-311-009 |
| Date Range | Specific Date Range ▼ |
| From Date | 04/03/1905 📅 |
| To Date | 04/15/2024 📅 |
| Document Type | Select DocTypes... |

<div style="border:1px solid">Document Type Groups</div>

| Reset | Search |

## Help

**Parcel Number**
Parcel #: Enter the specific legal parcel, such as 176-15-301-024
Parcel #: Use this to either begin your Search with "Starts With", "Contains", or is an "Exact" match of your entry.
**Date Range**
You can choose a specific recording date range or choose from pre-selected date ranges to narrow your search.
**Document Type**
Limit your search by specific types of documents, or by groups of similar document types.
**Search by Address**
To search by address, please click here: Assessor Search (https://maps.clarkcountynv.gov/assessor/AssessorParcelDetail/site.aspx)



| Export to CSV | Print |

|◄ ◄ 1 ► ►| 500 ▼ | | | | | | 1 - 26 of 26 items ↻ |

| R... ⋮ | Parcel # (/Acclaim... ⋮ | First Party... ⋮ | First Cros... ⋮ | # ... ⋮ | Instrument# (/AcclaimWe... ⋮ | D... ⋮ | M... ⋮ | Recor... ⋮ | Legal Description (/Ac... ⋮ | Total V... ⋮ |
|---|---|---|---|---|---|---|---|---|---|---|
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | LAS VEGAS VALLEY WATER DISTRICT | 1 | 202403200001312 | LIEN | | 03/20/2024 | | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | LAS VEGAS VALLEY WATER DISTRICT | 1 | 202312270001340 | LIEN | | 12/27/2023 | | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202312260001328 | LIEN | 12/26/2023 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202306280000420 | LIEN | 06/28/2023 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202212220003554 | LIEN | 12/22/2022 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202205050002442 | LIEN | 05/05/2022 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202110130003121 | LIEN | 10/13/2021 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | TREASURER CLARK COUNTY | 2 | 202106090002730 | TAX DEED | 06/09/2021 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202103090001273 | LIEN | 03/09/2021 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | CANYON TERRACE HOMEOWNERS ASSOCIATION | 4 | 202101210002880 | DEFA… | 01/21/2021 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | CANYON TERRACE HOMEOWNERS ASSOCIATION | 2 | 202010280003272 | LIEN | 10/28/2020 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202008260004423 | LIEN | 08/26/2020 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | TREASURER CLARK COUNTY | 1 | 201912260002000 | TAX CERTI… | 12/26/2019 | $0.00 |
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 201910230003507 | LIEN | 10/23/2019 | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Add To Cart | 264-21-311-009 | PITTMAN, CALISA | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 201810170000324 | LIEN | 10/17/2018 | | $0.00 |
| Add To Cart | 264-21-311-009 | NONE SHOWN | ATTORNEY UNITED STATES | 3 | 201808160001383 | REQU... NOTICE | 08/16/2018 | | $0.00 |
| Add To Cart | 264-21-311-009 | NONE SHOWN | ATTORNEY UNITED STATES OF AMERICA | 3 | 201807170000422 | LIS PEND... | 07/17/2018 | | $0.00 |
| Add To Cart | 264-21-311-009 | KIRBY, GREGORY | PITTMAN, CALISA | 3 | 201802080001574 | DEED | 02/08/2018 | | $178,000.00 |
| Add To Cart | 264-21-311-009 | KIRBY, GREGORY | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 201801220001629 | LIEN | 01/22/2018 | | $0.00 |
| Add To Cart | 264-21-311-009 | POLUS, STEVEN EE | KIRBY, GREGORY | 4 | 201706160000871 | DEED | 06/16/2017 | | $178,000.00 |
| Add To Cart | 264-21-311-009 | POLUS, STEVEN | POLUS, STEVEN | 3 | 201305140000560 | DEED | 05/14/2013 | | $0.00 |
| Add To Cart | 264-21-311-009 | COUSER, BARBARA P | POLUS, STEVEN | 3 | 201305140000559 | DEED | 05/14/2013 | | $0.00 |
| Add To Cart | 264-21-311-009 | COUSER, BARBARA P | POLUS 1991 TRUST | 3 | 201305140000558 | CERTI... | 05/14/2013 | | $0.00 |
| Add To Cart | 264-21-311-009 | POLUS, PHILIP EE | POLUS, PHILIP EE | 3 | 201112020002288 | DEED | 12/02/2011 | | $0.00 |
| Add To Cart | 264-21-311-009 | VERDUGO TRUSTEE SERVICE CORPORATION | POLUS, PHILIP | 3 | 200311180002164 | SUBS... | 11/18/2003 | APN 264-21-311-009 | $0.00 |
| Add To Cart | 264-21-311-009 | POLUS, STEVEN | POLUS, PHILIP | 2 | 199612030000823 | DEED | 12/03/1996 | APN 264-21-311-009 | $570.00 |

| ⏮ ◀ | 1 | ▶ ⏭ | 500 ▼ | items per page | 1 - 26 of 26 items |
|---|---|---|---|---|---|

 Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

Exhibit 7 - 2284 Mesa Canyon Quitclaim Deed

Exhibit 7 - 2284 Mesa Canyon Quitclaim Deed

APN#: _264-21-311-009_

Recording Requested By:
_Gregory Kirby and Carol Kirby_

Return Documents To:
_Gregory And Carol Kirby_
_2434 Ping Dr._
_Henderson NV 89074_

Mail Tax Statements To:
_Calisa Pittman_
_2284 Mesa Canyon Dr._
_Laughlin, NV 89029_

Inst #: 20180208-0001574
Fees: $40.00
RPTT: $907.80  Ex #:
02/08/2018 02:38:02 PM
Receipt #: 3317803
Requestor:
CAROL KIRBY
Recorded By: ANI   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: FRONT COUNTER
Ofc: MAIN OFFICE

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this _7_ day of _February_, 20_18_, by the
Grantor, _Gregory Kirby and Carol Ann Kirby_

whose mailing address is
_2434 Ping Dr. Henderson NV. 89074_
to the Grantee,
_Calisa Pittman_

whose mailing address is
_2284 Mesa Canyon Dr. Laughlin, NV 89029_

WITNESSETH, That the said Grantor, for good consideration and for the sum of
$ _5000.00_  paid by the said Grantee, the receipt whereof is hereby acknowledged, does
hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and
claim which the said Grantor has in and to the following described parcel of land, and
improvements and appurtenances thereto in the County of Clark, State of Nevada, to wit:

_Terrace 5 – Unit 1_
_Plat Book 41 Page 73_
_Lot 9  Block 1_

Quitclaim Deed Page **1** of 2

APN#: _264-21-31+ 009_

Commonly known as:

_2284 Mesa Canyon Dr. Laughlin, NV 89029_

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature _Gregory Kirby_           Date: _2-7-18_
Printed Name: _Gregory Kirby_        Capacity: _Grantor_

Signature _Carol Kirby_              Date: _2/7/18_
Printed Name: _Carol Kirby_          Capacity: _Grantor_

Signature _____           Date: _____
Printed Name: _____       Capacity: _____

Signature _____           Date: _____
Printed Name: _____       Capacity: _____


STATE OF _NEVADA_          }
COUNTY OF _CLARK_          }

On _2/7/18_ before me, _FAITH BRAUD_ , personally
appeared _CAROL KIRBY & GREGORY KIRBY_ ,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.          [SEAL]

_____
Signature

Affiant: _X_ Known _____ Unknown

ID Produced: _____

F. BRAUD
Notary Public State of Nevada
No. 92-3013-1
My Appt. Exp. June 13, 2020

Quitclaim Deed Page **2** of **2**

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a. _264-21-_
    b. _____
    c. _____
    d. _____

2.  Type of Property:
    a. ☐ Vacant Land      b. ☑ Single Fam. Res.
    c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural     h. ☐ Mobile Home
    ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property          $ _178,000_
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:                          $ _178,000_
   d. Real Property Transfer Tax Due               $ _907.80_

**4.  If Exemption Claimed:**
    a.  Transfer Tax Exemption per NRS 375.090, Section_____
    b.  Explain Reason for Exemption: _____
    _____

5.  Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Carol Kirby_                    Capacity: _Grantor_

Signature _____      Capacity: _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: _Carol Kirby_ | Print Name: _Colisa Pittman_ |
| Address: _2434 Ping Dr._ | Address: _2284 Mesa Canyon Dr._ |
| City: _Henderson_ | City: _Laughlin_ |
| State: _NV_   Zip: _89074_ | State: _NV_   Zip: _89029_ |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: | Escrow # |
|---|---|
| Address: | |
| City: | State:        Zip: |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Exhibit 8 - 2284 Mesa Canyon HOA Notice of Default and Election to Sell

Exhibit 8 - 2284 Mesa Canyon HOA Notice of Default and Election to Sell

**Inst #: 20210121-0002880**
Fees: $42.00
01/21/2021 03:26:40 PM
Receipt #: 4370866
Requestor:
**Premier American Title**
Recorded By: SCHIABLE   Pgs: 4
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

When recorded return to:
**Silver State Trustee Services, LLC**
5940 S. Rainbow Blvd.
Las Vegas, NV 89118-2506

APN# 264-21-311-009
TS# 110328

## NOTICE OF DEFAULT ELECTION TO SELL UNDER
## NOTICE OF DELINQUENT ASSESSMENT

NOTICE IS HEREBY GIVEN, that **Canyon Terrace Homeowners' Association** is the lien holder and beneficiary under a Notice of Delinquent Assessment executed by Silver State Trustee Services, LLC., agent for **Canyon Terrace Homeowners' Association,** describing the land therein as:

> Lot 9 Block 1; Terrace 5-Unit 1
> as shown by map on file in Plat Book 41, Page 73
> in the records of the County Recorder of Clark County,
> Nevada, and more commonly known as:
> 2284 Mesa Canyon Drive, Laughlin, NV 89029
> (the "Property")

to secure certain financial obligations of Pittman, Calisa; reputed owner(s) of the Property or successor thereto. Said financial obligations total $2,349.05 as of January 20, 2021, including the amount of the original lien of $1,034.05, comprised of $549.05 in delinquent assessments and $485.00 in costs of collecting,-plus additional accruing assessments, interest, costs of the association and/or its agent since that time. ***WARNING! IF YOU FAIL TO PAY THE AMOUNT SPECIFIED IN THIS NOTICE, YOU COULD LOSE YOUR HOME, EVEN IF THE AMOUNT IS IN DISPUTE!*** The beneficial interest under such Assessment Lien and the obligations secured thereby are presently held by the undersigned: that a breach of, and default in, the obligations for which such assessment Lien is security, has occurred in that payment has not been made in the above-reverenced amounts: that by reason thereof, present beneficiary under such Assessment Lien has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the property to be sold to satisfy secured thereby.

Pursuant to Nevada Revised Statute("NRS") 116.31116, a sale will be held if this obligation is not completely satisfied and paid within ninety (90) days from the recording date of the Notice, on the Property described hereinabove.

SILVER STATE TRUSTEE SERVICES, LLC
5940 SOUTH RAINBOW BLVD.
LAS VEGAS, NV 89118-2506
PHONE:  (702) 221-8848

**Pursuant to NRS 116.3116(3), a portion of the Assessment Lien is prior to the first security interest on the Property, as described in Exhibit "A". Pursuant to NRS 116.3116 Sec.2(b)(3))**

(I)  If the holder of the first security interest on the unit does not satisfy the amount of the association's lien that is prior to the  first security interest pursuant to subsection 3 of NRS 116.3116, the association may foreclose its lien by sale and that the sale may extinguish the first security interest as to the unit:
and
(II )If, not later than 5 days before the date of the sale, the holder of the first security interest on the unit satisfies the amount of the association's lien that is prior to that first security interest pursuant to subsection 3 of NRS 116.3116 and, not later than 2 days before the date of the sale, a record of such satisfaction is recorded in the office of the recorder of the county in which the unit is located, the association may foreclose its lien by sale but the sale may not extinguish the first security interest as to the unit.


As Agent for **Canyon Terrace Homeowners' Association**

_____

Monique Washington
Dated the 20th day of January 2021

SILVER STATE TRUSTEE SERVICES, LLC
5940 SOUTH RAINBOW BLVD.
LAS VEGAS, NV 89118-2506
PHONE:  (702) 221-8848

State of Nevada     )
County of Clark     )

Monique Washington, being first duly sworn, deposes and says: That I am the authorized representative of **Canyon Terrace Homeowners' Association** in the above entitled action:  That I have read the foregoing Notice of Default And Election to Sell and know the contents thereof, and that the same is true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters, I believe them to be true.

_____
Monique Washington

On the day of 20th day of January 2021, personally appeared before me a notary public, Monique Washington, personally known (or proved) to me to be the person whose name is subscribed to the above instrument who acknowledged that she executed the above instrument.

_____
Notary Public

M. D. SIRMONS
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 05-10-22
Certificate No: 94-3822-1

"Exhibit A"

The following statement is a reconciliation of the Super Priority Lien that applies **solely** to the first security interest on this unit in accordance with NRS 116.3116 Sec.2 (b)(2) I, II, III, IV.

| | |
|---|---|
| Total Super Priority Lien amount | $1,466.25 |

NRS 116.3116 Sec.2 (b)(2) I-
*(I)The amount of the association's lien that is prior*
*to the first security interest on the unit pursuant to*
*subsection 3 of NRS 116.3116 as of the date of the notice.*

| | |
|---|---|
| Nine (9) Months of Delinquent Assessments | $101.25 |

NRS 116.3116 Sec.2 (b)(2) II-
*(II)The amount of the lien described in sub-subparagraph (I)*
*that is attributable to assessment based on the periodic*
*budget adopted by the association pursuant to NRS116.3115*
*as of the date of the notice*
*9 months of assessments of $11.25/mo*

| | |
|---|---|
| Construction Penalties/Abatement Costs | $0.00 |

NRS 116.3116 Sec.2 (b)(2)III-
*(III)The amount of the lien described in sub-subparagraph (I)*
*that is attributable to amounts described in  NRS116.310312*
*as of the date of the notice: and*

| | |
|---|---|
| Super Priority Lien Fees | $1,365.00 |

NRS 116.3116 Sec.2 (b)(2)IV-
*(IV)The amount of the lien described in sub-subparagraph(I)*
*that is attributable to the costs of enforcing the association's*
*lien as of the date of the notice.*
*Cost to enforce the lien pursuant NRS116.3116(5)*

Exhibit 9 - 2284 Mesa Canyon Property Account Inquiry printout

Exhibit 9 - 2284 Mesa Canyon Property Account Inquiry printout



# J. Ken Diaz
## Clark County Treasurer

Print 

# Property Account Inquiry - Summary Screen

| **New Search** | **View Cart** |
|---|---|

| Parcel ID | 264-21-311-009 | Tax Year | 2024 | District | 107 | Rate | 3.3483 |
|---|---|---|---|---|---|---|---|

| Situs Address: | 2284 MESA CANYON DR LAUGHLIN |
|---|---|
| Legal Description: | ASSESSOR DESCRIPTION: TERRACE 5-UNIT 1 PLAT BOOK 41 PAGE 73 LOT 9 BLOCK 1GEOID: PT NW4 SW4 SEC 21 32 66 |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 8.0 | Land | 25725 | 2018020801574 | 2/8/2018 |
| Taxable | Tax Cap Limit Amount | 2345.53 | Improvements | 47173 | 2017061600871 | 6/16/2017 |
| Delinquent | Tax Cap Reduction | 95.31 | Total Assessed Value | 72898 | 2013051400560 | 5/14/2013 |
| | | | Net Assessed Value | 72898 | 2011120202288 | 12/2/2011 |
| | Land Use | 1-10 Single Family Residential | Exemption Value New Construction | 0 | 98030302202 | 3/3/1998 |
| | Cap Type | OTHER | New Construction - Supp Value | 0 | | |
| | Acreage | 0.2100 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | | Since | To |
|---|---|---|---|---|---|
| Owner | PITTMAN CALISA | C/O TRUSTEE CLARK COUNTY TREASURER 2284 MESA CANYON DR , LAUGHLIN, NV 89029 UNITED STATES | | 6/19/2021 | Current |

### Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $2,440.84 |
| Less Cap Reduction | $95.31 |
| Net Taxes | $2,345.53 |

### PAST AND CURRENT CHARGES DUE TODAY

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2024 | Property Tax Principal | $2,345.53 |
| 2024 | Colorado River Valley | $2.14 |
| 2024 | Water Reclamation - Delinq | $287.08 |
| 2024 | Property Tax Penalty | $415.47 |
| 2024 | Trustee Sale Guarantee Title Search | $380.00 |
| 2024 | MAILING FEE | $160.00 |
| 2023 | Property Tax Principal | $2,171.79 |
| 2023 | Colorado River Valley | $2.14 |
| 2023 | Water Reclamation - Delinq | $279.84 |
| 2023 | Property Tax Penalty | $387.84 |
| 2023 | Property Tax Interest | $366.05 |

| 2023 | Advertising Fee | $7.00 |
|------|-----------------|-------|
| 2023 | MAILING FEE | $2.00 |
| 2022 | Property Tax Principal | $2,010.92 |
| 2022 | Colorado River Valley | $2.14 |
| 2022 | Water Reclamation - Delinq | $523.84 |
| 2022 | Property Tax Penalty | $417.35 |
| 2022 | Property Tax Interest | $638.99 |
| 2022 | Advertising Fee | $7.00 |
| 2022 | MAILING FEE | $2.00 |
| 2021 | Property Tax Principal | $1,867.15 |
| 2021 | Colorado River Valley | $0.24 |
| 2021 | Property Tax Penalty | $280.14 |
| 2021 | Property Tax Interest | $645.82 |
| 2021 | Advertising Fee | $7.00 |
| 2021 | MAILING FEE | $14.00 |
| 2020 | Property Tax Principal | $1,749.91 |
| 2020 | Water Reclamation - Delinq | $259.21 |
| 2020 | Property Tax Penalty | $319.49 |
| 2020 | Property Tax Interest | $903.28 |
| 2020 | Advertising Fee | $7.00 |
| 2020 | MAILING FEE | $2.00 |
| 2019 | Property Tax Principal | $1,669.76 |
| 2019 | Water Reclamation - Delinq | $260.80 |
| 2019 | Property Tax Penalty | $307.85 |
| 2019 | Property Tax Interest | $1,061.37 |
| 2019 | Advertising Fee | $7.00 |
| 2019 | MAILING FEE | $2.00 |
| **CURRENT AMOUNTS DUE as of 4/30/2024** | | **$19,773.14** |

**NEXT INSTALLMENT AMOUNTS**

| Tax Year | Charge Category | Installment Amount Due |
|----------|-----------------|------------------------|
| **THERE IS NO NEXT INSTALLMENT AMOUNT DUE as of 4/30/2024** | | |

**TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR**

| Tax Year | Charge Category | Remaining Balance Due |
|----------|-----------------|------------------------|
| 2024 | Property Tax Principal | $2,345.53 |
| 2024 | Colorado River Valley | $2.14 |
| 2024 | Water Reclamation - Delinq | $287.08 |
| 2024 | Property Tax Penalty | $415.47 |
| 2024 | Trustee Sale Guarantee Title Search | $380.00 |
| 2024 | MAILING FEE | $160.00 |
| 2023 | Property Tax Principal | $2,171.79 |
| 2023 | Colorado River Valley | $2.14 |
| 2023 | Water Reclamation - Delinq | $279.84 |
| 2023 | Property Tax Penalty | $387.84 |
| 2023 | Property Tax Interest | $366.05 |
| 2023 | Advertising Fee | $7.00 |
| 2023 | MAILING FEE | $2.00 |
| 2022 | Property Tax Principal | $2,010.92 |
| 2022 | Colorado River Valley | $2.14 |
| 2022 | Water Reclamation - Delinq | $523.84 |
| 2022 | Property Tax Penalty | $417.35 |
| 2022 | Property Tax Interest | $638.99 |
| 2022 | Advertising Fee | $7.00 |
| 2022 | MAILING FEE | $2.00 |
| 2021 | Property Tax Principal | $1,867.15 |
| 2021 | Colorado River Valley | $0.24 |

| 2021 | Property Tax Penalty | $280.14 |
| 2021 | Property Tax Interest | $645.82 |
| 2021 | Advertising Fee | $7.00 |
| 2021 | MAILING FEE | $14.00 |
| 2020 | Property Tax Principal | $1,749.91 |
| 2020 | Water Reclamation - Delinq | $259.21 |
| 2020 | Property Tax Penalty | $319.49 |
| 2020 | Property Tax Interest | $903.28 |
| 2020 | Advertising Fee | $7.00 |
| 2020 | MAILING FEE | $2.00 |
| 2019 | Property Tax Principal | $1,669.76 |
| 2019 | Water Reclamation - Delinq | $260.80 |
| 2019 | Property Tax Penalty | $307.85 |
| 2019 | Property Tax Interest | $1,061.37 |
| 2019 | Advertising Fee | $7.00 |
| 2019 | MAILING FEE | $2.00 |
| **TAX YEAR TOTAL AMOUNTS DUE as of 4/30/2024** | | **$19,773.14** |

**PAYMENT HISTORY**

| Last Payment Amount | $1,747.19 |
| Last Payment Date | 5/21/2018 |
| Fiscal Tax Year Payments | $0.00 |
| Prior Calendar Year Payments | $0.00 |
| Current Calendar Year Payments | $0.00 |

Make Payment

Printable Page

**Click Here for Printable Page!**

**New Search**        **View Cart**

Exhibit 10 - 2284 Mesa Canyon Clark County Notice of Intent to Sell

Exhibit 10 - 2284 Mesa Canyon Clark County Notice of Intent to Sell



**Office of the Clark County Treasurer**

### NOTICE OF INTENT TO SELL
### REAL PROPERTY
### (NRS 361.585 AND NRS 361.595)



0000211 01 AB 0.547 **AUTO  T2 0 0011 89101-652175   -C01

264-21-311-009
UNITED STATES ATTORNEY'S OFFICE
ATTN: MICHAEL A HUMPHREYS
DISTRICT OF NEVADA
501 LAS VEGAS BLVD S STE 1100
LAS VEGAS, NV 89101-6521



January 23, 2024

PARCEL NUMBER:     264-21-311-009
LOCATION:          2284 MESA CANYON DR

ASSESSOR DESCRIPTION: TERRACE 5-UNIT 1 PLAT BOOK 41 PAGE 73 LOT 9 BLOCK 1
GEOID: PT NW4 SW4 SEC 21 32 66

Per Nevada Revised Statutes 361.585 and 361.595, the real property described above was deeded to the Clark County Treasurer as trustee for non-payment of taxes and **will be sold at public auction on May 9, 2024,** at 8:00 am in the Clark County Commission Chambers located at 500 S Grand Central Pkwy. For additional information please visit our website at www.clarkcountynv.gov/treasurer.

**AMOUNT DUE\*\*:**   $19,773.14
\*\* Includes taxes and applicable penalties, interest, fees, and costs through April 8, 2024.

If the amount due above is not paid by April 8, 2024, an additional publication fee will be added.

**TO PREVENT THE SALE OF THIS PROPERTY,** the total amount due - including any additional penalties, interest, fees, or costs if applicable - must be received in our office no later than **5:30 p.m. on May 6, 2024.** Please note, **postmarks will not be accepted.**

Payment must be submitted in **cash or certified funds** made payable to Clark County Treasurer.

**Bankruptcy** - If this property is part of a bankruptcy case, please provide this office with proof of bankruptcy before 8:00 a.m. on May 9, 2024. You may email this information to TRPTM@clarkcountynv.gov.

If you have any questions, please call our office at (702) 455-4338, (702) 455-2514, (702) 455-0169 or (702) 455-3072.

---

Tear here

### CLARK COUNTY TREASURER
**Please return this portion with your payment**

Fiscal Year 2023-2024                                            Statement Date: January 23, 2024

| Parcel Number | Amount Due | Amount Enclosed |
|---|---|---|
| 264-21-311-009 | 19,773.14 | |

Make checks payable to:

Clark County Treasurer
500 S Grand Central Parkway
Box 551220
Las Vegas NV  89155-1220

UNITED STATES ATTORNEY'S OFFICE
ATTN: MICHAEL A HUMPHREYS
DISTRICT OF NEVADA
501 LAS VEGAS BLVD S STE 1100
LAS VEGAS, NV 89101-6521

26421311009240000197731400000000000001977314000197731 46

Exhibit 11 - 781 Leslie Recorder's Office printout

Exhibit 11 - 781 Leslie Recorder's Office printout

# Search Results

Showing selected 13 of 13 Total Results                                                      Printed Apr 22, 2024 2:52:52 PM

Official Public Records Search where Parcel (Eight digits, no dashes) equals 03604106

---

## 386579 • Deed

| Recording Date | Grantor | Grantee | APN |
|---|---|---|---|
| **12/28/1995 12:00 AM** | **SPROUL VONNELL F** | **SPROUL LAWRENCE L** | **36-041-06** |

No Related Documents

---

## 386580 • Deed

| Recording Date | Grantor | Grantee | APN |
|---|---|---|---|
| **12/28/1995 12:00 AM** | **SPROUL LAWRENCE L** | **JABBOUR BRUCE J** | **36-041-06** |

No Related Documents

---

## 500760 • Deed

| Recording Date | Grantor | Grantee (2) | APN |
|---|---|---|---|
| **09/26/2000 12:00 AM** | **JABBOUR BRUCE J** | **JABBOUR BRUCE J**<br>**JABBOUR MARY L** | **36-041-06** |

No Related Documents

---

## 500761 • Deed of Trust

| Recording Date | Grantor (2) | Grantee (2) | APN |
|---|---|---|---|
| **09/26/2000 12:00 AM** | **JABBOUR BRUCE J**<br>**JABBOUR MARY L** | **COUNTRYWIDE HOME LOANS**<br>**MORTGAGE ELECTRONIC REGISTRATION**<br>**SYSTEMS** | **36-041-06** |

Related Documents (2)

| Document Number | Document Type | Recording Date | Book/Page |
|---|---|---|---|
| **883595** | **Reconveyance** | **11/07/2017** | |
| **883595** | **Substitution of Trustee** | **11/07/2017** | |

---

## 620195 • Homestead

| Recording Date | Grantor (2) | Grantee | APN |
|---|---|---|---|
| **04/04/2005 12:00 AM** | **JABBOUR BRUCE J**<br>**JABBOUR MARY L** | | **36-041-06** |

No Related Documents

---

## 882508 • Deed

| Recording Date | Grantor (2) | Grantee (2) | APN |
|---|---|---|---|
| 10/23/2017 11:51 AM | JABBOUR BRUCE J<br>JABBOUR MARY L | KIRBY GREGORY<br>KIRBY CAROL | 36-041-06 |

Related Documents (2)

| Document Number | Document Type | Recording Date | Book/Page |
|---|---|---|---|
| 897907 | Request for Notice | 08/16/2018 | |
| 886522 | Deed | 01/12/2018 | |

## 883595 • Reconveyance

| Recording Date | Grantor | Grantee (2) | APN |
|---|---|---|---|
| 11/07/2017 08:08 AM | | JABBOUR BRUCE J<br>JABBOUR MARY L | 36-041-06 |

Related Documents (1)

| Document Number | Document Type | Recording Date | Book/Page |
|---|---|---|---|
| 500761 | Deed of Trust | 09/26/2000 | |

## 883595 • Substitution of Trustee

| Recording Date | Grantor (4) | Grantee | APN |
|---|---|---|---|
| 11/07/2017 08:08 AM | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS<br>COUNTRYWIDE HOME LOANS<br>JABBOUR BRUCE J<br>JABBOUR MARY L | NATIONWIDE TITLE CLEARING | 36-041-06 |

Related Documents (1)

| Document Number | Document Type | Recording Date | Book/Page |
|---|---|---|---|
| 500761 | Deed of Trust | 09/26/2000 | |

## 886522 • Deed

| Recording Date | Grantor (2) | Grantee (2) | APN |
|---|---|---|---|
| 01/12/2018 03:38 PM | JABBOUR BRUCE J<br>JABBOUR MARY L | KIRBY GREGORY<br>KIRBY CAROL | 36-041-06 |

Related Documents (1)

| Document Number | Document Type | Recording Date | Book/Page |
|---|---|---|---|
| 882508 | Deed | 10/23/2017 | |

## 896126 • Lis Pendens

| Recording Date | Grantor | Grantee | APN |
|---|---|---|---|
| 07/17/2018 09:11 AM | UNITED STATES OF AMERICA | 781 N LESLIE ST | 36-041-06 |

No Related Documents

897907 • Request for Notice

| Recording Date | Grantor | Grantee | APN |
|---|---|---|---|
| **08/16/2018 11:47 AM** | **UNITED STATES ATTORNEYS OFFICE** | | **36-041-06** |

Related Documents (1)

| Document Number | Document Type | Recording Date | Book/Page |
|---|---|---|---|
| **882508** | **Deed** | **10/23/2017** | |

993369 • Treasurers Certificate

| Recording Date | Grantor (2088) | Grantee (2) | APN (1765) |
|---|---|---|---|
| **09/29/2022 07:02 AM** | **EAST TYBO MINING CO** | **NYE COUNTY TREASURER** | **00-010-73** |
| | **GOINS WARREN** | **POWERS RAELYN C** | **00-128-23** |
| | **GOINS KATRINA L** | | **00-128-77** |
| | **FAZZARI CLARITA** | | **00-156-98** |
| | **REID JESSIE** | | **00-158-52** |

No Related Documents

1008635 • Treasurers Certificate

| Recording Date | Grantor (1083) | Grantee (2) | APN (947) |
|---|---|---|---|
| **06/06/2023 04:29 PM** | **EAST TYBO MINING CO** | **NYE COUNTY TREASURER** | **00-010-73** |
| | **WOLFREY THOMAS M** | **POWERS RAELYN C** | **00-158-61** |
| | **WOLFREY EILEEN M** | | **00-158-67** |
| | **CROWN POINT MINING LLC** | | **01-191-37** |
| | **CLINTON DENNIS R** | | **01-221-09** |

No Related Documents

Exhibit 12 - Nye County Property Tax Inquiry printout

Exhibit 12 - Nye County Property Tax Inquiry printout

Notice

To view Assessment Information or pay Unsecured Property Taxes, click here to go to the Nye County Assessor Property Inquiry

## ⊖ Property Information

| | | | |
|---|---|---|---|
| Parcel ID | 036-041-06 | Parcel Acreage | 10.0000 |
| Tax Year | 2023 ▾ | Assessed Value | 41,293 |
| Land Use Group | RES | Tax Rate | 3.4085 |
| Land Use | 200 - Single Family Residence | Tax Cap | High Cap |
| Zoning | RE-1 | Tax Cap Returned | |
| Tax District | 062 | Total Tax Fiscal Year (2023 - 2024) | $1,432.87 |
| Site Address | 781 N LESLIE ST PAHRUMP, NV 89060 | Total Unpaid All Years | $4,290.35 |
| Neighborhood | 062 - PAHRUMP #2 | | |

Pay Taxes

## ⊖ Billing Fiscal Year (2023 - 2024)

| Installment | Date Due | Tax Billed | Cost Billed | Penalty/Interest | Total Due | Amount Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|
| 1 | 8/21/2023 | $341.37 | $0.00 | $13.65 | $355.02 | $0.00 | $355.02 |
| 2 | 10/2/2023 | $298.00 | $0.00 | $31.97 | $329.97 | $0.00 | $329.97 |
| 3 | 1/1/2024 | $298.00 | $0.00 | $56.24 | $354.24 | $0.00 | $354.24 |
| 4 | 3/4/2024 | $298.00 | $9.16 | $86.48 | $393.64 | $0.00 | $393.64 |
| **Total** | | **$1,235.37** | **$9.16** | **$188.34** | **$1,432.87** | **$0.00** | **$1,432.87** |

## ⊖ Payment History

| | Fiscal Year | Total Due | Total Paid | Amount Unpaid |
|---|---|---|---|---|
| ⊕ | (2023 - 2024) | $1,432.87 | $0.00 | $1,432.87 |
| ⊕ | (2022 - 2023) | $1,424.99 | $0.00 | $1,424.99 |
| ⊕ | (2021 - 2022) | $1,432.49 | $0.00 | $1,432.49 |
| ⊕ | (2020 - 2021) | $1,188.80 | $1,188.80 | $0.00 |
| ⊕ | (2019 - 2020) | $1,176.68 | $1,176.68 | $0.00 |

Show 5 More (5)

## ⊖ Assessments

| Taxable Value | Land | Building | Per. Property | Totals |
|---|---|---|---|---|
| Residential | 37,889 | 80,090 | 0 | 117,979 |
| Com / Ind. | 0 | 0 | 0 | 0 |
| Agricultural | 0 | 0 | 0 | 0 |
| Exempt | 0 | 0 | 0 | 0 |
| Pers. Exempt | | | | 0 |
| Total | 37,889 | 80,090 | 0 | 117,979 |

| Assessed Value | Land | Building | Per. Property | Totals |
|---|---|---|---|---|
| Residential | 13,261 | 28,032 | 0 | 41,293 |
| Com / Ind. | 0 | 0 | 0 | 0 |
| Agricultural | 0 | 0 | 0 | 0 |
| Exempt | 0 | 0 | 0 | 0 |
| Pers. Exempt | | | | 0 |
| Total | 13,261 | 28,032 | 0 | 41,293 |

| | New Land | New Const. | New P.P. |
|---|---|---|---|
| Residential | 0 | 0 | 0 |
| Com / Ind. | 0 | 0 | 0 |
| Agricultural | 0 | 0 | 0 |
| Exempt | 0 | 0 | 0 |
| Totals | 0 | 0 | 0 |

## ⊖ Legal

| Year | Legal | Subdivision | Section | Township | Range | Block & Lot |
|---|---|---|---|---|---|---|
| | **Current Year 2024** | | | | | |
| 2024 | T20S R53E S8-S S NW NW P#9732 10AC | | 8 | 20S | 53E | |
| | **Selected Parcel Year 2023** | | | | | |
| 2023 | T20S R53E S8-S S NW NW P#9732 10AC | | 8 | 20S | 53E | |

## Taxing Bodies



| Tax Entity | Tax Rate | Amount |
|---|---|---|
| CO GEN | 1.0470 | $366.87 |
| SCHOOL DIST | 0.7500 | $262.79 |
| SCHOOL DEBT | 0.5850 | $204.97 |
| PAHRUMP TOWN | 0.4417 | $154.76 |
| STATE | 0.1700 | $59.57 |
| PAH LIB DIST | 0.0987 | $34.59 |
| JUVENILE PROB | 0.0800 | $28.03 |
| MED & GEN IND | 0.0790 | $27.68 |
| CAP PROJECTS | 0.0350 | $12.26 |
| SPEC CAP PROJ | 0.0250 | $8.76 |
| DED CO MED | 0.0201 | $7.04 |
| PAHRUMP POOL | 0.0163 | $5.71 |
| AG EXT | 0.0150 | $5.25 |
| AUTO ACC INDG | 0.0150 | $5.25 |
| HEALTH CLINIC | 0.0117 | $4.10 |
| YOUTH SERVICE | 0.0060 | $2.10 |
| 911 EMERGENCY | 0.0050 | $1.75 |
| PAHRUMP MUSEUM | 0.0039 | $1.37 |
| TONOPAH MUSEUM | 0.0026 | $0.91 |
| NYE COUNTY AIRPORT | 0.0015 | $0.53 |
| ROAD | 0.0000 | $0.00 |
| **Tax Entity Total** | **3.4085** | **$1,194.29** |
| Landfill - Single | 0.0000 | $30.00 |
| NYE WATER DIST TAX | 0.0000 | $5.00 |
| Pahrump Valley Groundwater Basin | 0.0000 | $3.43 |
| Pahrump Valley Groundwater Basin 22-23 | 0.0000 | $2.65 |
| **Special Assessment Total** | **0.0000** | **$41.08** |
| **Year Total** | **3.4085** | **$1,235.37** |

## Related Names

| **CURRENT OWNER FOR 2024 (2024 - 2025)** | | **OWNER FOR 2023 (2023 - 2024)** | |
|---|---|---|---|
| **Name** | KIRBY, GREGORY & CAROL | **Name** | KIRBY, GREGORY & CAROL |
| **Mailing Address** | 2284 MESA CANYON DR LAUGHLIN, NV, 89029-0700 | **Mailing Address** | 2284 MESA CANYON DR LAUGHLIN, NV, 89029-0700 |
| **Status** | Current | **Status** | Current |

No Personal Property

⊖ Sales History

| Year | Document # | Document Type | Sale Date | Sold By | Sold To | |
|------|-----------|---------------|-----------|---------|---------|---|
| 2017 | 882508 | GRANT BARGAIN SALE DEED | 10/12/2017 | BRUCE J & MARY L JABBOUR | GREGORY & CAROL KIRBY | $1 |
| 1995 | 386580 | | 12/8/1995 | | SPROUL,LAWRENCE/GE:JABBOUR,B | $ |

⊕ Property Map                                    View Full Screen

Treasurer's Office Contact Information

**Tonopah Office**
101 Radar Rd
P.O. Box 473
Tonopah, NV 89049-0473
Phone: 775 482-8147 Fax: 775 482-8193

**Pahrump Office**
170 N. Floyd Dr Ste 2
Pahrump, NV 89060-0105
Phone: 775 751-4200 Fax: 775 751-4204

Exhibit 13 - 1412 West Grove Warranty Deed

Exhibit 13 - 1412 West Grove Warranty Deed

1924299

**WARRANTY DEED**

Joint Tenancy

Mail Tax Statements to:

_____

_____

_____

171028

Macon Co., Illinois
S.S. by Mary A. Eaton, Recorder
Book: 4585 Page: 345
Receipt #: 86741          Recording Fee: $60.00
Pages Recorded: 1        Rental Housing - State: $9.00
                                   Authorized By

**Date Recorded: 9/18/2017 9:32:20 AM**

This space for use of Recorder

Name of Grantor(s): **New Vision Church of God, an Illinois Non-for-Profit Organization**

for and in consideration of $10.00 and other good and valuable consideration in hand paid, convey(s) and warrant(s) to Grantee(s):

**Gregory Kirby and Carol Kirby, not as Tenants in Common but as Joint Tenants**

the following described real estate:

**Lot Three (3) of New Vision Subdivision, as per Plat recorded in Book 5000, Page 40 in the Records of the Recorder's Office of Macon County, Illinois.  Situated in Macon County, Illinois.**

**Subject to** restrictions, reservations and easements of record, if any.
**Subject to** the General Taxes payable in 2017 and thereafter.   Tax ID# **17-12-28-451-016**

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of this State.

Dated this _____ day of _September_ , 2017.

New Vision Church of God

By: Dow Moses, Pastor

Exempt under provisions of Par. _____
Sec. 31-45, Property Tax Code.
Date 9/11/17   By _____
(Buyer, Seller or Representative)

STATE OF ILLINOIS, COUNTY OF MACON} ss.

The foregoing instrument was acknowledged before me this _11_ day of _September_, 2017, by Dow Moses, Pastor of New Vision Church of God, an Illinois Non-for-Profit Organization, for the purposes therein set forth.

OFFICIAL SEAL
AUSTIN A IDLEMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/03/19

_____
Notary Public

Prepared by:  **ANDREW P. CHILIGIRIS,** ATTORNEY-143 N. Water St., Decatur, IL 62523 (217-428-8080)

Exhibit 14 - 1412 West Grove April 12, 2018, Quit Claim Deed

Exhibit 14 - 1412 West Grove April 12, 2018, Quit Claim Deed

# Quit Claim Deed

## 1932019

Macon Co., Illinois
S.S. by Mary A. Eaton, Recorder
Book: 4616 Page: 272
Receipt #: 90703                Recording Fee: $60.00
Pages Recorded: 1              Rental Housing - State: $9.00
                                      Authorized By
                                      *Mary A. Eaton*

**Date Recorded: 4/12/2018 2:18:15 PM**

Mail Tax Statement To:
(Name & Address)
*God's House Internat'l*
*ministries, 1414 W.*
*Grove Rd, Decatur IL*
*62521*

Name of Grantor(s):  *Gregory Kirby, Carol Kirby*

For and in consideration of :Ten Dollars ($10.00) and other good & valuable consideration

in hand paid, conveys and warrants to:          Name & Address of Grantee(s)
*Gods House International ministries*      *1414 W. Grove Rd*
                                                             *Decatur, IL 62521*
The following described real estate:

*Lot Three (3) of New Vision subdivision, as per plat*
*recorded in Book 5000, page 40 in the Records of the*
*Recorder's office of macon County, Illinois in macon*
*County Illinois,*

Which is situated in the county of *Macon*, in State of Illinois, hereby
releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of this state.

*Gregory Kirby*
*Carol Kirby*

Dated this 12th day of *April* 20 18

STATE OF ~~ILLINOIS~~ NEVADA )
COUNTY OF ~~MACON~~ CLARK ) ss

**MARY A. EATON**
Recorder

(Seal)

The foregoing instrument was acknowledged before me this 12th day
of *April* 20 18 by *Gregory Kirby, Carol Kirby* for the
purposes therein set forth, including the release and waiver of the right
of homestead.

_____ Notary Public

F. BRAUD
Notary Public State of Nevada
No. 92-3013-1
My Appt. Exp. June 13, 2020

This instrument was prepared by *Gregory Kirby*   *1414 W. Grove Rd. Decatur IL*
                                                (Name)                      (Address)                *62521*

Documentary Stamp

Exempt under provisions of Paragraph E
Section 31-45, Property Tax Code (35 ILCS 200/31-45)
4-12-18
Date
Buyer, Seller, or Representative

Exhibit 15 - 1412 West Grove January 31, 2022, Quit Claim Deed

Exhibit 15 - 1412 West Grove January 31, 2022, Quit Claim Deed

**Quit Claim Deed**

**1992177**

Mail Tax Statement To:
(Name & Address)
Debra Carter
1656 W. Cushing St
Decatur, IL 62526

Macon Co., Illinois
S.S. by Mary A. Eaton, Recorder
**Book: 4876 Page: 823**
Receipt#: 123356
Pages Recorded: 1

Recording Fee: $63.00
Rental Housing - State: $9.00
Authorized By   *Mary A. Eaton*

**Date Recorded: 1/31/2022 9:49:03 AM**

Name of Grantor(s):

God's House International Ministries  1412 W. Grove Road Decatur, IL 62522

For and in consideration of :Ten Dollars ($10.00) and other good & valuable consideration
in hand paid, conveys and quit claims to:        Name & Address of Grantee(s)

Church of New Hope and Faith Inc -  1412 W. Grove Rd Decatur, IL 62522

The following described real estate:

1412 W. Grove Rd Decatur, IL 62522
SEC 28-16-2E NEW VISION SUBD LT 3

Parcel# 17-12-28-451-016

Which is situated in the county of *Macon*, in State of Illinois, hereby
releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of this state.

"OFFICIAL SEAL"
KELSEY ARMSTRONG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES MAY 14, 2025

Dated this 31 day of January 20 22

STATE OF ILLINOIS )
COUNTY OF MACON ) ss

MARY A. EATON
Recorder

(Seal)

The foregoing instrument was acknowledged before me this 31 day
of January 2022 by Debra Carter for the
purposes therein set forth, including the release and waiver of the right
of homestead.

Notary Public

This instrument was prepared by Debra Carter   1656 W. Cushing St. D.IL 62526
                                    (Name)              (Address)

Exhibit 16 - 1414 West Grove June 26, 2017, Warranty Deed

Exhibit 16 - 1414 West Grove June 26, 2017, Warranty Deed

1921460

**WARRANTY DEED**
Joint Tenants

Mail Tax Statements to:

_____

_____

_____

170691



Macon Co., Illinois
S.S. by Mary A. Eaton, Recorder
**Book: 4573 Page: 233**
Receipt #: 85315          Recording Fee: $60.00
Pages Recorded: 1        Rental Housing - State: $9.00
                              Authorized By _Mary A. Eaton_

**Date Recorded: 7/13/2017  3:56:32 PM**

This space for use of Recorder

Name of Grantor(s): **New Vision Church of God, an Illinois Not-For-Profit corporation**

for and in consideration of $10.00 and other good and valuable consideration in hand paid, convey(s) and warrant(s) to Grantee(s):

**Greg Kirby, Carol Kirby, and Billy Kirby, not as Tenants in Common, but as Joint Tenants**

the following described real estate:

**Lot One (1) of Church of God Addition, as per Plat recorded in Book 5000, Page 125 in the records in the Recorder's Office of Macon County, Illinois.  Situated in Macon County, Illinois**

**Subject to** restrictions, reservations and easements of record, if any.
**Subject to** the General Taxes payable in 2017 and thereafter.   Tax ID# **17-12-28-451-017**

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of this State.

$250,000.00

Dated this _24_ day of _June_, 2017.

New Vision Church of God

_Dow Moses_
By Dow Moses, Authorized Agent

"Exempt under provisions of Paragraph _B_ Section 4,
Real Estate Transfer Tax Act"
Date _6/24/17_ _Buyer Seller or Representative_

STATE OF ILLINOIS, COUNTY OF MACON} ss.

The foregoing instrument was acknowledged before me this _24_ day of _June_, 2017, by Dow Moses, Authorized Agent for New Vision Church of God, for the purposes therein set forth.

OFFICIAL SEAL
AUSTIN A IDLEMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/03/19

_____
Notary Public

Prepared by:  **ANDREW P. CHILIGIRIS**, ATTORNEY-143 N. Water St., Decatur, IL 62523 (217-428-8080)

Exhibit 17 - 1414 West Grove April 12, 2018, Quit Claim Deed

Exhibit 17 - 1414 West Grove April 12, 2018, Quit Claim Deed

**Quit Claim Deed**

1931975



Macon Co., Illinois
S.S. by Mary A. Eaton, Recorder
Book: 4616 Page: 63
Receipt #: 90682          Recording Fee: $60.00
Pages Recorded: 1        Rental Housing - State: $9.00
Authorized By: Mary A. Eaton

Date Recorded: 4/12/2018 9:04:19 AM

Mail Tax Statement To:
(Name & Address)
Gods House International
Ministries,
1414 W. Grove Rd
Decatur IL 62521

Name of Grantor(s): Gregory Kirby, Billy Kirby, Carol Kirby

For and in consideration of :Ten Dollars ($10.00) and other good & valuable consideration

in hand paid, conveys and warrants to:

Name & Address of Grantee(s)
Gods House International
ministries,
1414 W. grove Rd.
Decatur IL 62521

The following described real estate:

Lot one (1) of church of God Addition, as per
Plat recorded in Book 5000, Page 125 in the
records in the Recorder's office of Macon
County Illinois, situated in Macon County Illin

TAX ID# 17-12-23-451-017   Gods House — Tax ID #47-5534438

Which is situated in the county of Macon, in State of Illinois, hereby
releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of this state.

Exempt under provisions of Paragraph E
Section 31-45, Property Tax Code (35 ILCS 200/31-45)
Buyer, Seller, or Representative
Date 4-12-18

Gregory Kirby
Carol Kirby
Billy Kirby

Dated this 12th day of April 20 18

STATE OF ~~ILLINOIS~~ NEVADA )
COUNTY OF ~~MACON~~ CLARK ) ss

The foregoing instrument was acknowledged before me this 12th day
of April 20 18 by GREGORY KIRBY, Carol Kirby, Billy Kirby for the
purposes therein set forth, including the release and waiver of the right
of homestead.

**MARY A. EATON**
Recorder

(Seal)

Notary Public

**F. BRAUD**
Notary Public State of Nevada
No. 92-3013-1
My Appt. Exp. June 13, 2020

This instrument was prepared by Carol Kirby   1414 W. grove Rd, Decatur IL 62526
(Name)                                        (Address)

Exhibit 18 - 1414 West Grove January 31, 2022, Quit Claim Deed

Exhibit 18 - 1414 West Grove January 31, 2022, Quit Claim Deed

**Quit Claim Deed**

**1992178**

Mail Tax Statement To:
(Name & Address)

Debra Carter
1656 w. Cushing St
Decatur, IL 62526

Macon Co., Illinois
S.S. by Mary A. Eaton, Recorder
Book: 4876 Page: 824
Receipt #: 123356
Pages Recorded: 1

Recording Fee: $63.00
Rental Housing - State: $9.00
Authorized By   Mary A. Eaton

Date Recorded: 1/31/2022 9:49:04 AM

Name of Grantor(s):

God's House International Ministries
1414 W. Grove Road Decatur, IL 62522

For and in consideration of : Ten Dollars ($10.00) and other good & valuable consideration

in hand paid, conveys and quit claims to:     Name & Address of Grantee(s)

Church of New Hope and Faith Inc - 1414 W. Grove Rd Decatur, IL 62522

The following described real estate:

1414 W. Grove Rd Decatur, IL 62522
SEC 28-16-2E CHURCH OF GOD ADD LT 1 ST DOC#80-58-7

Parcel# 17-12-28-451-017

Which is situated in the county of Macon, in State of Illinois, hereby
releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of this state.

"OFFICIAL SEAL"
KELSEY ARMSTRONG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES MAY 14, 2025

Dated this 31 day of January 20 22

STATE OF ILLINOIS )
COUNTY OF MACON ) ss

MARY A. EATON
Recorder

(Seal)

The foregoing instrument was acknowledged before me this 31 day
of January 20 22 by Debra Carter for the
purposes therein set forth, including the release and waiver of the right
of homestead.

Notary Public

This instrument was prepared by Debra Carter     1656 W. Cushing St. Dec. IL. 62526
                                   (Name)                    (Address)

Exhibit 19 - Recorded POOFs

Exhibit 19 - Recorded POOFs

21

Inst #: 20240501-0003136
Fees: $0.00
05/01/2024 01:12:55 PM
Receipt #: 5571083
Requestor:
US Attorneys Office  NV
Recorded By: WIHD   Pgs: 7
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

# RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

**APN#** _140-23-217-156_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

Preliminary Order of Forfeiture

_____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Daniel Hollingsworth
_____

**RETURN TO: Name**___Daniel Hollingsworth, Assistant United States Atty___

  **Address**___501 Las Vegas Blvd, South_____

  **City/State/Zip**___Las Vegas, NV 89101_____

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

  **Name**_____

  **Address**_____

  **City/State/Zip**_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

1
2
3
4
5                         **UNITED STATES DISTRICT COURT**
6                               **DISTRICT OF NEVADA**

7  UNITED STATES OF AMERICA,            2:23-CR-191-APG-NJK

8              Plaintiff,               **Preliminary Order of Forfeiture**

9       v.

10 CAROL KIRBY,

11             Defendant.

12         This Court finds Carol Kirby pled guilty to Count One of a One-Count Criminal

13 Information charging her with conspiracy to commit an offense against the United States in

14 violation of 18 U.S.C. §§ 1347 and 371. Criminal Information, ECF No. __; Arraignment &

15 Plea, ECF No. __; Plea Agreement, ECF No. __.

16         This Court finds Carol Kirby agreed to the forfeiture of the property, the substitute

17 property, the substitution and forfeiture of defendant's other assets, and the imposition of

18 the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the

19 Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __;

20 Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

21         This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of

22 America has (1) proven the amount for the personal criminal forfeiture money judgment

23 and (2) established the requisite nexus between the property set forth in the Plea Agreement

24 and the Forfeiture Allegation of the Criminal Information and the offense to which Carol

25 Kirby pled guilty.

26         The following property and money judgment are (1) any property, real or personal,

27 which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1347, a

28 specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(F), involving a Federal

1   health care offense as defined in 18 U.S.C. § 24, or 18 U.S.C. § 371, conspiracy to commit

2   such offense or (2) property, real or personal, that constitutes or is derived, directly or

3   indirectly, from gross proceeds traceable to the commission of 18 U.S.C. §§ 1347 and 371,

4   involving a Federal health care offense as defined in 18 U.S.C. § 24 and are subject to

5   forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7);

6   and 21 U.S.C. § 853(p):

7       1.   $5,791.13;

8       2.   $5,548.94;

9       3.   6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156, more

10         particularly described as:

11         PARCEL I:

12         TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL
    INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS
13         SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
    THE MOUNTAINSIDE COMMUNITY SUBDIVISION
14         DECLARATION.

15         PARCEL II:

16         UNIT 2076 IN BUILDING 10, AS SHOWN ON THE FINAL MAP OF
    AMENDED PLAT OF MOUNTAINSIDE COMMUNITY
17         SUBDIVISION, FILED IN BOOK 50 OF PLATS, PAGE 29, IN THE
    OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK
18         COUNTY, NEVADA, AND AS DEFINED AND SET FORTH IN AND
    SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS,
19         CONDITIONS AND RESTRICTIONS FOR AMENDED PLAT OF
    MOUNTAINSIDE COMMUNITY SUBDIVISION, RECORDED
20         SEPTEMBER 24, 1993 AS INSTRUMENT NO. 01167 IN BOOK 930924,
    OFFICIAL RECORDS, CLARK COUNTY, NEVADA
21         ("MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION").

22         PARCEL III:

23         TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE
    LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE
24         UNIT, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED
    PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION
25         DECLARATION.

26         PARCEL IV:

27         TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF
    REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND
28         OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS

1  SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
   THE MOUNTAINSIDE COMMUNITY SUBDIVISION AND ALL
2  IMPROVEMENTS AND APPURTENANCES THEREON. APN: 140-23-
   217-156.
3

4     4.  2284 Mesa Canyon Dr, Laughlin, Nevada 89029, more particularly

5         described as:

6         LOT 9 IN BLOCK 1 OF TERRACE V UNIT 1, AS SHOWN BY MAP
          THEREOF ON FILE IN BOOK 41 OF PLATS, PAGE 73, IN THE
7         OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
          NEVADA AND ALL IMPROVEMENTS AND APPURTENANCES
8         THEREON. APN: 264-21-311-009.

9     5.  781 N. Leslie St., Pahrump, Nevada 89060, more particularly described as:

10        THE NORTHWEST QUARTER (NW 1/4) OF THE NORTHWEST
          QUARTER (NW 1/4) OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE
11        53 EAST, M.D.B. &M. EXCEPTING THEREFROM THAT CERTAIN
          PARCEL OF LAND CONVEYED BY DOCUMENT RECORDED MAY
12        22, 1974 IN BOOK 173 OF OFFICIAL RECORDS, PAGE 36 AS FILE
          NO. 42259 NYE COUNTY, NEVADA RECORDS. ALSO DESCRIBED
13        AS: T20S R53E S8-S S NW NW P#9732 10AC AND ALL
          IMPROVEMENTS AND APPURTENANCES THEREON. APN: 036-
14        041-06.

15
      6.  1412 West Grove Rd, Decatur, Illinois 62521, more particularly described
16        as:

17
          LOT THREE (3) OF NEW VISION SUBDIVISION, AS PER PLAT
18        RECORDED IN BOOK 5000, PAGE 40 IN THE RECORDS OF THE
          RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED
19        IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND
          APPURTENANCES THEREON. APN: 17-12-28-451-016.
20

21    7.  1414 West Grove Rd, Decatur, Illinois 62521, more particularly described

22        as:

23        LOT ONE (1) OF CHURCH OF GOD ADDITION, AS PER PLAT
          RECORDED IN BOOK 5000, PAGE 125 IN THE RECORDS IN THE
24        RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED
          IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND
25        APPURTENANCES THEREON. APN: 17-12-28-451-017

26  (all of which constitutes property)

27      and an in personam criminal forfeiture money judgment of $29,819.36, not to be

28  held jointly and severally liable with any codefendants, the collected money judgment

1   amount between Greg Kirby and Carol Kirby is not to exceed $29,819.36, to ensure the

2   government does not collect more than the forfeitable amount based on the forfeiture

3   statutes and Ninth Circuit cases, and that the above property will not be applied toward the

4   payment of the money judgment.

5        This Court finds that Carol Kirby agreed to the substitution and forfeiture of

6   $29,819.36 as set forth in the Plea Agreement under Fed. R. Crim. P. 32.2(e) and 21 U.S.C.

7   § 853(p) and will be applied toward payment of the money judgment (all of which is

8   afterward included as property).

9        This Court finds that on the government's motion, the Court may at any time enter

10  an order of forfeiture or amend an existing order of forfeiture to include subsequently

11  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

12       The in personam criminal forfeiture money judgment complies with *United States v.*

13  *Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States*

14  *v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir.

15  2021).

16       This Court finds the United States of America is now entitled to, and should, reduce

17  the aforementioned property to the possession of the United States of America.

18       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

19  DECREED that the United States of America should seize the aforementioned property.

20       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United

21  States of America recover from Carol Kirby an in personam criminal forfeiture money

22  judgment of $29,819.36.

23       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

24  rights, ownership rights, and all rights, titles, and interests of Carol Kirby in the

25  aforementioned property are forfeited and are vested in the United States of America and

26  shall be safely held by the United States of America until further order of the Court.

27       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

28  of America shall publish for at least thirty (30) consecutive days on the official internet

4

1  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

2  describe the forfeited property, state the times under the applicable statute when a petition

3  contesting the forfeiture must be filed, and state the name and contact information for the

4  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

5  Notice is served on any individual or entity on the date when it is placed in the mail,

6  delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

7  32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

8       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

9  or entity who claims an interest in the forfeited property must file a petition for a hearing to

10  adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C.

11  § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under

12  21 U.S.C § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

13  petitioner's right, title, or interest in the property, the time and circumstances of the

14  petitioner's acquisition of the right, title, or interest in the property, any additional facts

15  supporting the petitioner's claim, and the relief sought.

16       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

17  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

18  Nevada 89101, within thirty (30) days of the final publication of notice on the official

19  internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,

20  whichever is earlier.

21       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

22  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

23  Attorney's Office at the following address at the time of filing:

24         Daniel D. Hollingsworth
       Assistant United States Attorney

25         Misty L. Dante
       Assistant United States Attorney

26         501 Las Vegas Boulevard South, Suite 1100
       Las Vegas, Nevada 89101.

27

28  / / /

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

2  described herein need not be published in the event a Declaration of Forfeiture is issued by

3  the appropriate agency following publication of notice of seizure and intent to

4  administratively forfeit the above-described property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

6  copies of this Order to all counsel of record and three certified copies to the United States

7  Attorney's Office, Attention Asset Forfeiture Unit.

8    DATED _____March 22_____, 2024.

9

10

11                                    ANDREW P. GORDON
                                       UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22  I hereby attest and certify on ___04/04/04___
    that the foregoing document is a full, true
23  and correct copy of the original on file in my
    legal custody.
24
                CLERK, U.S. DISTRICT COURT
25                   DISTRICT OF NEVADA

26  By_____Deputy Clerk

27

28

                                     6

**2024R-001761**
**FILED FOR RECORD IN**
**MACON COUNTY, ILLINOIS**
**MARY A. EATON, RECORDER**
**DATE RECORDED: 05/02/2024 09:10 AM**
**RHSP:**
**REC FEE: 53.00**
**PAGES: 6**

1
2
3
4
5 | **UNITED STATES DISTRICT COURT**
6 | **DISTRICT OF NEVADA**

| | |
|---|---|
| 7  UNITED STATES OF AMERICA, | 2:23-CR-191-APG-NJK |
| 8       Plaintiff, | **Preliminary Order of Forfeiture** |
| 9  v. | |
| 10  CAROL KIRBY, | |
| 11       Defendant. | |

12    This Court finds Carol Kirby pled guilty to Count One of a One-Count Criminal

13  Information charging her with conspiracy to commit an offense against the United States in

14  violation of 18 U.S.C. §§ 1347 and 371. Criminal Information, ECF No. __; Arraignment &

15  Plea, ECF No. __; Plea Agreement, ECF No. __.

16    This Court finds Carol Kirby agreed to the forfeiture of the property, the substitute

17  property, the substitution and forfeiture of defendant's other assets, and the imposition of

18  the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the

19  Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __;

20  Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

21    This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of

22  America has (1) proven the amount for the personal criminal forfeiture money judgment

23  and (2) established the requisite nexus between the property set forth in the Plea Agreement

24  and the Forfeiture Allegation of the Criminal Information and the offense to which Carol

25  Kirby pled guilty.

26    The following property and money judgment are (1) any property, real or personal,

27  which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1347, a

28  specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(F), involving a Federal

1  health care offense as defined in 18 U.S.C. § 24, or 18 U.S.C. § 371, conspiracy to commit

2  such offense or (2) property, real or personal, that constitutes or is derived, directly or

3  indirectly, from gross proceeds traceable to the commission of 18 U.S.C. §§ 1347 and 371,

4  involving a Federal health care offense as defined in 18 U.S.C. § 24 and are subject to

5  forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7);

6  and 21 U.S.C. § 853(p):

7       1.  $5,791.13;

8       2.  $5,548.94;

9       3.  6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156, more

10         particularly described as:

11         PARCEL I:

12         TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL
          INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS
13         SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
          THE MOUNTAINSIDE COMMUNITY SUBDIVISION
14         DECLARATION.

15         PARCEL II:

16         UNIT 2076 IN BUILDING 10, AS SHOWN ON THE FINAL MAP OF
          AMENDED PLAT OF MOUNTAINSIDE COMMUNITY
17         SUBDIVISION, FILED IN BOOK 50 OF PLATS, PAGE 29, IN THE
          OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK
18         COUNTY, NEVADA, AND AS DEFINED AND SET FORTH IN AND
          SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS,
19         CONDITIONS AND RESTRICTIONS FOR AMENDED PLAT OF
          MOUNTAINSIDE COMMUNITY SUBDIVISION, RECORDED
20         SEPTEMBER 24, 1993 AS INSTRUMENT NO. 01167 IN BOOK 930924,
          OFFICIAL RECORDS, CLARK COUNTY, NEVADA
21         ("MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION").

22         PARCEL III:

23         TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE
          LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE
24         UNIT, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED
          PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION
25         DECLARATION.

26         PARCEL IV:

27         TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF
          REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND
28         OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS

<div align="center">2</div>

1  SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
2  THE MOUNTAINSIDE COMMUNITY SUBDIVISION AND ALL
   IMPROVEMENTS AND APPURTENANCES THEREON. APN: 140-23-
3  217-156.

4.  2284 Mesa Canyon Dr, Laughlin, Nevada 89029, more particularly
5       described as:

6  LOT 9 IN BLOCK 1 OF TERRACE V UNIT 1, AS SHOWN BY MAP
   THEREOF ON FILE IN BOOK 41 OF PLATS, PAGE 73, IN THE
7  OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
   NEVADA AND ALL IMPROVEMENTS AND APPURTENANCES
8  THEREON. APN: 264-21-311-009.

9  5.  781 N. Leslie St., Pahrump, Nevada 89060, more particularly described as:

10 THE NORTHWEST QUARTER (NW 1/4) OF THE NORTHWEST
   QUARTER (NW 1/4) OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE
11 53 EAST, M.D.B. &M. EXCEPTING THEREFROM THAT CERTAIN
   PARCEL OF LAND CONVEYED BY DOCUMENT RECORDED MAY
12 22, 1974 IN BOOK 173 OF OFFICIAL RECORDS, PAGE 36 AS FILE
   NO. 42259 NYE COUNTY, NEVADA RECORDS. ALSO DESCRIBED
13 AS: T20S R53E S8-S S NW NW P#9732 10AC AND ALL
   IMPROVEMENTS AND APPURTENANCES THEREON. APN: 036-
14 041-06.

15
16 6.  1412 West Grove Rd, Decatur, Illinois 62521, more particularly described
17      as:

18 LOT THREE (3) OF NEW VISION SUBDIVISION, AS PER PLAT
   RECORDED IN BOOK 5000, PAGE 40 IN THE RECORDS OF THE
19 RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED
   IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND
20 APPURTENANCES THEREON. APN: 17-12-28-451-016.

21 7.  1414 West Grove Rd, Decatur, Illinois 62521, more particularly described
22      as:

23 LOT ONE (1) OF CHURCH OF GOD ADDITION, AS PER PLAT
   RECORDED IN BOOK 5000, PAGE 125 IN THE RECORDS IN THE
24 RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED
   IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND
25 APPURTENANCES THEREON, APN: 17-12-28-451-017

26 (all of which constitutes property)

27      and an in personam criminal forfeiture money judgment of $29,819.36, not to be

28 held jointly and severally liable with any codefendants, the collected money judgment

3

1  amount between Greg Kirby and Carol Kirby is not to exceed $29,819.36, to ensure the

2  government does not collect more than the forfeitable amount based on the forfeiture

3  statutes and Ninth Circuit cases, and that the above property will not be applied toward the

4  payment of the money judgment.

5        This Court finds that Carol Kirby agreed to the substitution and forfeiture of

6  $29,819.36 as set forth in the Plea Agreement under Fed. R. Crim. P. 32.2(e) and 21 U.S.C.

7  § 853(p) and will be applied toward payment of the money judgment (all of which is

8  afterward included as property).

9        This Court finds that on the government's motion, the Court may at any time enter

10  an order of forfeiture or amend an existing order of forfeiture to include subsequently

11  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

12        The in personam criminal forfeiture money judgment complies with *United States v.*

13  *Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States*

14  *v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir.

15  2021).

16        This Court finds the United States of America is now entitled to, and should, reduce

17  the aforementioned property to the possession of the United States of America.

18        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

19  DECREED that the United States of America should seize the aforementioned property.

20        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United

21  States of America recover from Carol Kirby an in personam criminal forfeiture money

22  judgment of $29,819.36.

23        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

24  rights, ownership rights, and all rights, titles, and interests of Carol Kirby in the

25  aforementioned property are forfeited and are vested in the United States of America and

26  shall be safely held by the United States of America until further order of the Court.

27        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

28  of America shall publish for at least thirty (30) consecutive days on the official internet

<div align="center">4</div>

1  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

2  describe the forfeited property, state the times under the applicable statute when a petition

3  contesting the forfeiture must be filed, and state the name and contact information for the

4  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

5  Notice is served on any individual or entity on the date when it is placed in the mail,

6  delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

7  32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

9  or entity who claims an interest in the forfeited property must file a petition for a hearing to

10 adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C.

11 § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under

12 21 U.S.C § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

13 petitioner's right, title, or interest in the property, the time and circumstances of the

14 petitioner's acquisition of the right, title, or interest in the property, any additional facts

15 supporting the petitioner's claim, and the relief sought.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

17 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

18 Nevada 89101, within thirty (30) days of the final publication of notice on the official

19 internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,

20 whichever is earlier.

21        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

22 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

23 Attorney's Office at the following address at the time of filing:

24           Daniel D. Hollingsworth
             Assistant United States Attorney
25           Misty L. Dante
             Assistant United States Attorney
26           501 Las Vegas Boulevard South, Suite 1100
             Las Vegas, Nevada 89101.
27

28 / / /

5

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

2    described herein need not be published in the event a Declaration of Forfeiture is issued by

3    the appropriate agency following publication of notice of seizure and intent to

4    administratively forfeit the above-described property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

6    copies of this Order to all counsel of record and three certified copies to the United States

7    Attorney's Office, Attention Asset Forfeiture Unit.

8    DATED _____March 22_____, 2024.

9

10

11                    ANDREW P. GORDON
                      UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22    I hereby attest and certify on 04/04/24
      that the foregoing document is a full, true
23    and correct copy of the original on file in my
      legal custody.
24
            CLERK, U.S. DISTRICT COURT
25                DISTRICT OF NEVADA

26    By_____Deputy Clerk

27

28

                          6

# DOC #1029496

Official Records Nye County NV
Deborah Beatty - Recorder
05/01/2024 01:13:35 PM
Requested By: US ATTORNEYS OFFICE -
Recorded By: sb  RPTT: $0.00
Recording Fee: $37.00
Page 1 of 7

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

**APN#** _036-041-06_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
**(DO NOT Abbreviate)**

Preliminary Order of Forfeiture

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Daniel Hollingsworth

**RETURN TO: Name**_Daniel Hollingsworth, Assistant United States Atty_

**Address**_501 Las Vegas Blvd, South_

**City/State/Zip**_Las Vegas, NV 89101_

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

**Name**_____

**Address**_____

**City/State/Zip**_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

Case 2:23-cr-00191-APG-NJK   Document 18   Filed 03/22/24   Page 1 of 6

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,        2:23-CR-191-APG-NJK

8         Plaintiff,                **Preliminary Order of Forfeiture**

9      v.

10  CAROL KIRBY,

11         Defendant.

12         This Court finds Carol Kirby pled guilty to Count One of a One-Count Criminal

13  Information charging her with conspiracy to commit an offense against the United States in

14  violation of 18 U.S.C. §§ 1347 and 371. Criminal Information, ECF No. __; Arraignment &

15  Plea, ECF No. __; Plea Agreement, ECF No. __.

16         This Court finds Carol Kirby agreed to the forfeiture of the property, the substitute

17  property, the substitution and forfeiture of defendant's other assets, and the imposition of

18  the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the

19  Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __;

20  Arraignment & Plea, ECF No. __; Plea Agreement, ECF No. __.

21         This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of

22  America has (1) proven the amount for the personal criminal forfeiture money judgment

23  and (2) established the requisite nexus between the property set forth in the Plea Agreement

24  and the Forfeiture Allegation of the Criminal Information and the offense to which Carol

25  Kirby pled guilty.

26         The following property and money judgment are (1) any property, real or personal,

27  which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1347, a

28  specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(F), involving a Federal

1   health care offense as defined in 18 U.S.C. § 24, or 18 U.S.C. § 371, conspiracy to commit

2   such offense or (2) property, real or personal, that constitutes or is derived, directly or

3   indirectly, from gross proceeds traceable to the commission of 18 U.S.C. §§ 1347 and 371,

4   involving a Federal health care offense as defined in 18 U.S.C. § 24 and are subject to

5   forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7);

6   and 21 U.S.C. § 853(p):

7       1. $5,791.13;

8       2. $5,548.94;

9       3. 6800 E. Lake Mead Blvd #2076, Las Vegas, Nevada 89156, more

10         particularly described as:

11         PARCEL I:

12         TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL

13         INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS
       SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND

14         THE MOUNTAINSIDE COMMUNITY SUBDIVISION
       DECLARATION.

15         PARCEL II:

16         UNIT 2076 IN BUILDING 10, AS SHOWN ON THE FINAL MAP OF
       AMENDED PLAT OF MOUNTAINSIDE COMMUNITY

17         SUBDIVISION, FILED IN BOOK 50 OF PLATS, PAGE 29, IN THE
       OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK

18         COUNTY, NEVADA, AND AS DEFINED AND SET FORTH IN AND
       SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS,

19         CONDITIONS AND RESTRICTIONS FOR AMENDED PLAT OF
       MOUNTAINSIDE COMMUNITY SUBDIVISION, RECORDED

20         SEPTEMBER 24, 1993 AS INSTRUMENT NO. 01167 IN BOOK 930924,
       OFFICIAL RECORDS, CLARK COUNTY, NEVADA

21         ("MOUNTAINSIDE COMMUNITY SUBDIVISION DECLARATION").

22         PARCEL III:

23         TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE
       LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE

24         UNIT, AS SET FORTH IN, AND SUBJECT TO, THE AMENDED
       PLAT AND THE MOUNTAINSIDE COMMUNITY SUBDIVISION

25         DECLARATION.

26         PARCEL IV:

27         TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF
       REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND

28         OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS

1   SET FORTH IN, AND SUBJECT TO, THE AMENDED PLAT AND
    THE MOUNTAINSIDE COMMUNITY SUBDIVISION AND ALL
2   IMPROVEMENTS AND APPURTENANCES THEREON. APN: 140-23-
    217-156.
3

4   4.  2284 Mesa Canyon Dr, Laughlin, Nevada 89029, more particularly

5       described as:

6       LOT 9 IN BLOCK 1 OF TERRACE V UNIT 1, AS SHOWN BY MAP
        THEREOF ON FILE IN BOOK 41 OF PLATS, PAGE 73, IN THE
7       OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
        NEVADA AND ALL IMPROVEMENTS AND APPURTENANCES
8       THEREON. APN: 264-21-311-009.

9   5.  781 N. Leslie St., Pahrump, Nevada 89060, more particularly described as:

10      THE NORTHWEST QUARTER (NW 1/4) OF THE NORTHWEST
        QUARTER (NW 1/4) OF SECTION 8, TOWNSHIP 20 SOUTH, RANGE
11      53 EAST, M.D.B. &M. EXCEPTING THEREFROM THAT CERTAIN
        PARCEL OF LAND CONVEYED BY DOCUMENT RECORDED MAY
12      22, 1974 IN BOOK 173 OF OFFICIAL RECORDS, PAGE 36 AS FILE
        NO. 42259 NYE COUNTY, NEVADA RECORDS. ALSO DESCRIBED
13      AS: T20S R53E S8-S S NW NW P#9732 10AC AND ALL
        IMPROVEMENTS AND APPURTENANCES THEREON. APN: 036-
14      041-06.

15

16  6.  1412 West Grove Rd, Decatur, Illinois 62521, more particularly described

17      as:

18      LOT THREE (3) OF NEW VISION SUBDIVISION, AS PER PLAT
        RECORDED IN BOOK 5000, PAGE 40 IN THE RECORDS OF THE
        RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED
19      IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND
        APPURTENANCES THEREON. APN: 17-12-28-451-016.
20

21  7.  1414 West Grove Rd, Decatur, Illinois 62521, more particularly described

22      as:

23      LOT ONE (1) OF CHURCH OF GOD ADDITION, AS PER PLAT
        RECORDED IN BOOK 5000, PAGE 125 IN THE RECORDS IN THE
24      RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED
        IN MACON COUNTY, ILLINOIS, AND ALL IMPROVEMENTS AND
25      APPURTENANCES THEREON, APN: 17-12-28-451-017

26  (all of which constitutes property)

27      and an in personam criminal forfeiture money judgment of $29,819.36, not to be

28  held jointly and severally liable with any codefendants, the collected money judgment

                                    3

1   amount between Greg Kirby and Carol Kirby is not to exceed $29,819.36, to ensure the

2   government does not collect more than the forfeitable amount based on the forfeiture

3   statutes and Ninth Circuit cases, and that the above property will not be applied toward the

4   payment of the money judgment.

5          This Court finds that Carol Kirby agreed to the substitution and forfeiture of

6   $29,819.36 as set forth in the Plea Agreement under Fed. R. Crim. P. 32.2(e) and 21 U.S.C.

7   § 853(p) and will be applied toward payment of the money judgment (all of which is

8   afterward included as property).

9          This Court finds that on the government's motion, the Court may at any time enter

10  an order of forfeiture or amend an existing order of forfeiture to include subsequently

11  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

12         The in personam criminal forfeiture money judgment complies with *United States v.*

13  *Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States*

14  *v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir.

15  2021).

16         This Court finds the United States of America is now entitled to, and should, reduce

17  the aforementioned property to the possession of the United States of America.

18         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

19  DECREED that the United States of America should seize the aforementioned property.

20         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United

21  States of America recover from Carol Kirby an in personam criminal forfeiture money

22  judgment of $29,819.36.

23         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

24  rights, ownership rights, and all rights, titles, and interests of Carol Kirby in the

25  aforementioned property are forfeited and are vested in the United States of America and

26  shall be safely held by the United States of America until further order of the Court.

27         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

28  of America shall publish for at least thirty (30) consecutive days on the official internet

4

1  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

2  describe the forfeited property, state the times under the applicable statute when a petition

3  contesting the forfeiture must be filed, and state the name and contact information for the

4  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

5  Notice is served on any individual or entity on the date when it is placed in the mail,

6  delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

7  32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

8       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

9  or entity who claims an interest in the forfeited property must file a petition for a hearing to

10  adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C.

11  § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under

12  21 U.S.C § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

13  petitioner's right, title, or interest in the property, the time and circumstances of the

14  petitioner's acquisition of the right, title, or interest in the property, any additional facts

15  supporting the petitioner's claim, and the relief sought.

16       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

17  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

18  Nevada 89101, within thirty (30) days of the final publication of notice on the official

19  internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,

20  whichever is earlier.

21       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

22  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

23  Attorney's Office at the following address at the time of filing:

24       Daniel D. Hollingsworth
         Assistant United States Attorney
25       Misty L. Dante
         Assistant United States Attorney
26       501 Las Vegas Boulevard South, Suite 1100
         Las Vegas, Nevada 89101.
27

28  / / /

5

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

2    described herein need not be published in the event a Declaration of Forfeiture is issued by

3    the appropriate agency following publication of notice of seizure and intent to

4    administratively forfeit the above-described property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

6    copies of this Order to all counsel of record and three certified copies to the United States

7    Attorney's Office, Attention Asset Forfeiture Unit.

8    DATED _____March 22_____, 2024.

9

10

11                                     ANDREW P. GORDON
                                       UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22   I hereby attest and certify on _____
     that the foregoing document is a full, true
23   and correct copy of the original on file in my
     legal custody.
24
          CLERK, U.S. DISTRICT COURT
25            DISTRICT OF NEVADA

26   By _____Deputy Clerk

27

28

                              6