**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>CAROL KIRBY,<br><br>　　　Defendant | Case No.: 2:23-cr-00191-APG-NJK<br><br>**Order Denying as Moot Clark County's Motion for Ancillary Hearing**<br><br>[ECF No. 24] |

　　Based on the stipulation for order of forfeiture among the United States, Clark County, and the Clark County Treasurer (ECF No. 51) and my order approving it (ECF No. 52),

　　I HEREBY ORDER that the petition for ancillary hearing filed by Clark County and the Clark County Treasurer **(ECF No. 24) is denied as moot**.

　　DATED this 16th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE