TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Nevada Bar No. 9635
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jessica.Oliva@usdoj.gov
Steven.Myhre@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-191-APG-NJK |
| Plaintiff, | **ORDER GRANTING** |
| v. | **United States of America's Unopposed Motion for this Court to Accept Sale Price of 1412 W Grove Rd, Decatur, IL 62521** |
| CAROL KIRBY, | |
| Defendant. | |

The United States moves this Court to approve the sale price of 1412 W Grove Rd, Decatur, IL 62521 (property)[1] for $75,000. The United States and IRS-CI accepted this offer subject to this Court's approval. The United States and IRS-CI chose to sell the property "as is" under the Interlocutory Sale Order[2] and the Final Order of Forfeiture.[3]

This Motion is made and is based on the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, and the attached sealed exhibit.

### Motion and Memorandum of Points and Authorities

Vieweg Real Estate/Better Homes and Gardens Service First Brokerage firm is the contracting firm selling the property. The property had an estimated value of $206,600,

---

[1] 1412 W Grove Rd, Decatur, IL 62521, more particularly described as:
LOT THREE (3) OF NEW VISION SUBDIVISION, AS PER PLAT RECORDED IN BOOK 5000, PAGE 40 IN THE RECORDS OF THE RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS. SITUATED IN MACON COUNTY, ILLINOIS. Parcel No.: 17-12-28-451-016.
[2] Order Granting Motion for Interlocutory Sale, ECF No. 25.
[3] Final Order of Forfeiture, ECF No. 59.

$190,000, and $174,124 as of April 30, 2024,[4] before the United States Treasury and IRS-CI took it into custody. The property market has decreased drastically since then. The United States Treasury and IRS-CI accepted the buyer's offer of $75,000 subject to this Court's approval and cleared the buyer's background check. The buyer agreed to this Court's approval of the sale price.[5]

If this Court approves the sale price, the proceeds will be accounted for and distributed according to the law.

Under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property were extinguished and are not recognized as to Carol Kirby, and all potential third parties, including the following individuals and entities:

1. Gregory Kirby, Jeffrey McClendon, Calisa Pittman, Church of New Hope and Faith Inc., West Grove Road Church of God, Andrew R. Hendrian or Henderian, and Billy Kirby;

2. Mountainside Unit Owners Association, including its officers and agents;

3. Canyon Terrace Homeowners Association, including its officers and agents;

4. City of Las Vegas, including City Attorney, City Clerk, the City of Las Vegas Sewer, and the Public Works Director;

5. City of Henderson, including City of Henderson Mayor, City of Henderson Utility Services, City of Henderson Clerk, and City of Henderson Attorney;

6. Southern Nevada Water Authority, Las Vegas Valley Water District, Clark County Water Reclamation, Great Basin Water Company, and Desert Utilities, Pahrump Utility Company;

7. Republic Silver State Disposal, Inc., dba Republic Services;

8. Nevada Office of the Attorney General and Nevada Department of Health and Human Services;

---

[4] Order, ECF No. 25.
[5] Ex. 1, Sale Contract, filed under seal to protect personally identifiable information under Fed. R. Crim. P. 49.1.

9. City of Decatur, including City of Decatur Corporation Counsel, City Clerk, Finance Director/Treasurer, Water Services Manager, and Director of Public Works;

10. Macon County, including Macon County Clerk, Chief County Assessment Officer, Macon County Recorder, Macon County Treasurer, and Macon County Environmental Management; and

11. Illinois State Attorney.[6]

Accordingly, the United States and IRS-CI determined (1) neither the buyer nor any individual who will be on the title after the completion of the sale is a felon; and (2) this sale represents an arms-length transaction in which no agent for the defendant is involved in this sale.

Dated: April 7, 2026.

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: _April 9, 2026_

---

[6] Final Order of Forfeiture, ECF No. 59.